B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Eastern District of Louisiana | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Clouatre, Christopher L.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Huber-Clouatre, Wendy** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-6609** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1934** |
| Street Address of Debtor (No. and Street, City, and State):<br>**5928 Louis I Avenue**<br>**Marrero, LA**<br>ZIP Code **70072** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**5928 Louis I Avenue**<br>**Marrero, LA**<br>ZIP Code **70072** |
| County of Residence or of the Principal Place of Business:<br>**Jefferson** | County of Residence or of the Principal Place of Business:<br>**Jefferson** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
■ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                                              Page 2

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Clouatre, Christopher L.**<br>**Huber-Clouatre, Wendy** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **Eastern District of Louisiana** | Case Number:<br>**02-17525** | Date Filed:<br>**10/15/02** |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X  **/s/ Timothy P. Kirkpatrick           November 18, 2009**<br>Signature of Attorney for Debtor(s)                    (Date)<br>**Timothy P. Kirkpatrick 20251** |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br><br>_____<br>(Address of landlord)<br><br>☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(1/08)                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Clouatre, Christopher L.**<br>**Huber-Clouatre, Wendy** |

Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Christopher L. Clouatre**

Signature of Debtor  **Christopher L. Clouatre**

X  **/s/ Wendy Huber-Clouatre**

Signature of Joint Debtor **Wendy Huber-Clouatre**

Telephone Number (If not represented by attorney)

**November 18, 2009**

Date

### Signature of Attorney*

X  **/s/ Timothy P. Kirkpatrick**

Signature of Attorney for Debtor(s)

**Timothy P. Kirkpatrick 20251**

Printed Name of Attorney for Debtor(s)

**Kirkpatrick and Associates, LLC**

Firm Name

**3501 N. Causeway Blvd., Ste# 300**
**Metairie, LA 70002**

Address

**Email: kirkpatrick@kirkpatrick-law.com**
**504-828-3311  Fax: 504-828-3314**

Telephone Number

**November 18, 2009**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

X _____

_____

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
### Eastern District of Louisiana

In re   **Christopher L. Clouatre**
       **Wendy Huber-Clouatre**                                    Case No. _____
                                           Debtor(s)          Chapter   **13**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

□ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

□ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

      ☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
            ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
            ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
            ☐ Active military duty in a military combat zone.

      ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

      **I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:     **/s/ Christopher L. Clouatre**
                      **Christopher L. Clouatre**
Date:   **November 18, 2009**

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
### Eastern District of Louisiana

In re   **Christopher L. Clouatre**
     **Wendy Huber-Clouatre**            Case No. _____
                            Debtor(s)         Chapter    **13** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

     ☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
     ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
     ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
     ☐ Active military duty in a military combat zone.

     ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Wendy Huber-Clouatre**
                             **Wendy Huber-Clouatre**

Date:   **November 18, 2009**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Eastern District of Louisiana

In re    **Christopher L. Clouatre,**
       **Wendy Huber-Clouatre**                               Case No. _____

                                      Debtors          Chapter _____ **13**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 95,000.00 | | |
| B - Personal Property | Yes | 39 | 10,772.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 115,471.74 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 24,500.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | 50,483.95 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,518.54 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 3,858.00 |
| Total Number of Sheets of ALL Schedules | | 59 | | | |
| Total Assets | | | 105,772.00 | | |
| Total Liabilities | | | | 190,455.69 | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Eastern District of Louisiana

In re    **Christopher L. Clouatre,**
      **Wendy Huber-Clouatre**

Case No. _____

                          Debtors        ,      Chapter _____ **13** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 24,500.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 24,500.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 4,518.54 |
| Average Expenses (from Schedule J, Line 18) | 3,858.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 6,575.66 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 24,500.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 50,483.95 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 50,483.95 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

In re     **Christopher L. Clouatre,**                     Case No. _____

           **Wendy Huber-Clouatre**

                                        Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **5928 Louis I Avenue, Marrero, LA 70072** | **Fee Simple** | - | **95,000.00** | **115,471.74** |

|  |  |  |  |
|---|---|---|---|
| | Sub-Total > | **95,000.00** | (Total of this page) |
| | Total > | **95,000.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Christopher L. Clouatre,**                                    Case No. _____
         **Wendy Huber-Clouatre**
                                                    ,
                        Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash on hand** | - | **10.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Household goods and furnishings** | - | **500.00** |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Clothes** | - | **500.00** |
| 7.  Furs and jewelry. | | **Wedding/Engagement ring(s)** | - | **3,150.00** |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| | | Sub-Total > (Total of this page) | | **4,160.00** |

__2__  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re     **Christopher L. Clouatre,**                                    Case No. _____
          **Wendy Huber-Clouatre**
                                                    ,
                              Debtors
# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Christopher L. Clouatre,**                                    Case No. _____
         **Wendy Huber-Clouatre**
                                                        ,
                          Debtors
# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 Hyundai Santa Fe (89K Miles)** | - | 6,562.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **Dogs** | C | 50.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Earned Income Credit** | - | **Unknown** |

|  |  |
|---|---|
| Sub-Total > | **6,612.00** |
| (Total of this page) | |
| Total > | **10,772.00** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

# Debtor's Request for Wage Order

Debtor: **Christopher Clouatre**

I hereby request that Trustee, SJ Beaulieu, Jr. serve my employer with a wage order. I understand that I am responsible for making my plan payments to the Trustee before my employer begins making payments. I also understand that I am responsible for making my payments if my income from this employer ends or is interrupted for a reason.

| Employer's Name and Address: | **Quality Comfort Systems**<br>**629 Farrington Drive**<br>**Marrero, LA 70072** |
|---|---|
| Pay Frequency: | **Weekly** |
| Amount of Plan Payment per Pay Period | **$ 152.31** |

Christopher Clouatre

Wage Order and Instructions
Christopher Clouatre
Wendy Huber-Clouatre

# KIRKPATRICK & ASSOCIATES, LLC

## PAY ADVICE CERTIFICATE

I under stand that the Bankruptcy Code requires that I provide to Trustee and any party that makes timely request, all pay advices that I have received from any employer during the 60 days preceding the date of the filing of the petition. To be safe, I am providing 70 days of Pay Advices. Pay Advices include stubs or other documentation reflecting paychecks, bonuses, commissions, or any monetary consideration from an employer. I understand that the failure to fully comply with this requirement may result in my case being dismissed without hearing at any point during my case and I will not get a discharge.

I understand that my petition will be filed on **11/18/09**(Insert file date)
During the 60 days preceding the above date, I will have received pay advices from **1** employer(s) (insert number of employers)
The employer(s) name(s), pay frequency, and date of the issuance of my next pay advice are:

| EMPLOYER | FREQUENCY | NEXT PAY DATE |
|---|---|---|
| **A Quality Comfort Systems** | Weekly | 11/18/09 |
| B | | |
| C | | |

    I certify that the only pay advices that I will have received during the 70 days preceding the date that my petition will be filed are listed below:

**Employer: Quality Comfort Systems**　　　　**Employer:**

| No. | Date | Gross $ | No. | Date | Gross $ | No. | Date | Gross $ |
|---|---|---|---|---|---|---|---|---|
| A1 | 11/11/09 | 966.00 | B1 | | | C1 | | |
| A2 | 11/4/09 | 840.00 | B2 | | | C2 | | |
| A3 | 10/28/09 | 966.00 | B3 | | | C3 | | |
| A4 | 10/21/09 | 981.75 | B4 | | | C4 | | |
| A5 | 10/14/09 | 1092.00 | B5 | | | C5 | | |
| A6 | 10/7/09 | 840.00 | B6 | | | C6 | | |
| A7 | 9/30/09 | 903.00 | B7 | | | C7 | | |
| A8 | 9/23/09 | 1564.50 | B8 | | | C8 | | |
| A9 | 9/16/09 | 1123.50 | B9 | | | C9 | | |
| A10 | | | B10 | | | C10 | | |

I certify that I understand the information provided above and the accuracy of the Pay Advice information I have provided to Kirkpatrick & Associates, LLC.

_Christopher L. Chounto_  11-18-09
SIGN　　　　　　　　　　　　　　DATE

## KIRKPATRICK AND ASSOCIATES, LLC
### Payment Instructions with a
### Wage Order

Please mail all Chapter 13 payments, only in the form of a **Cashier's Check** or **Money Order** every pay period, starting on your next payday until you see this amount being deducted from your paycheck.  Your payment amounts are scheduled below:

| Debtor: **Christopher Clouatre** | Joint Debtor: **Wendy Huber-Clouatre** |
|---|---|
| Amount: **$ 152.31** | Amount: **$** |
| Frequency: **Weekly** | Frequency: |

If for any reason the income from your employer ends, or is interrupted, it is your responsibility to make these payments directly, by Cashier's Check or Money Order to:

| Make payable to: | Mail to: |
|---|---|
| S. J. Beaulieu, Jr., Chapter 13 Trustee | Chapter 13 Trustee<br>P.O. Box 113<br>Memphis, TN 38101 |

### NO PERSONAL CHECKS

Remember to always include your **Name** and **Case Number** on every Cashier's Check or Money Order

### IMPORTANT
You're responsible to continue paying all secured creditors, such as your house and any cars, that are not being paid in full inside the plan.

_____
Christopher Clouatre

_____
Wendy Huber-Clouatre

Wage Order and Instructions
Christopher Clouatre
Wendy Huber-Clouatre

**QUALITY COMFORT SYSTEMS, INC.**

6620

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|----------|---|---|---|---|-----|----------|------------------|
| Christopher L Clouatre, 5928 Louis I, Marrero, LA 70072 | | | | | | Married/Single | Fed-0/0/LA-0/0 |
| | | | | | | Pay Period: 11/01/2009 - 11/07/2009 | Pay Date: 11/11/2009 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|--------------------|-----|------|---------|-----------|
| Hourly Rate | 40:00 | 21.00 | 840.00 | 36,167.00 |
| Overtime Rate | 4:00 | 31 50 | 126.00 | 8,144 25 |
| Holiday hourly rate | | | 0.00 | 648.00 |
| Sick Hourly | | | 0.00 | 320.00 |
| Vacation Hourly Rate | | | 0.00 | 840.00 |
| | | | 966.00 | 46,119.25 |

| Taxes | | Current | YTD Amount |
|-------|---|---------|-----------|
| Federal Withholding | | -91.00 | -4,642.00 |
| Social Security Employee | | -59.89 | -2,859.39 |
| Medicare Employee | | -14.01 | -668.73 |
| LA - Withholding | | -31.96 | -1,680.40 |
| | | -196.86 | -9,850.52 |

| Net Pay | 769.14 | 36,268.73 |
|---------|--------|-----------|

Quality Comfort Systems, Inc , 629 Farrington Drive, Marrero, LA 70072, 504-341-8526 504-341-8526

**QUALITY COMFORT SYSTEMS, INC.**

6612

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|----------|---|---|---|---|-----|----------|------------------|
| Christopher L Clouatre, 5928 Louis I, Marrero, LA 70072 | | | | | | Married/Single | Fed-0/0/LA-0/0 |
| | | | | | | Pay Period: 10/25/2009 - 10/31/2009 | Pay Date: 11/04/2009 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|--------------------|-----|------|---------|-----------|
| Hourly Rate | 40:00 | 21.00 | 840.00 | 35,327.00 |
| Holiday hourly rate | | | 0.00 | 648.00 |
| Overtime Rate | | | 0.00 | 8,018.25 |
| Sick Hourly | | | 0.00 | 320.00 |
| Vacation Hourly Rate | | | 0.00 | 840.00 |
| | | | 840.00 | 45,153.25 |

| Taxes | | Current | YTD Amount |
|-------|---|---------|-----------|
| Federal Withholding | | -72 00 | -4,551.00 |
| Social Security Employee | | -52.08 | -2,799.50 |
| Medicare Employee | | -12.18 | -654.72 |
| LA - Withholding | | -27.23 | -1,648.44 |
| | | -163.49 | -9,653.66 |

| Net Pay | 676.51 | 35,499.59 |
|---------|--------|-----------|

Quality Comfort Systems, Inc., 629 Farrington Drive, Marrero, LA 70072, 504-341-8526 504-341-8526

Quality Comfort Systems, Inc.
629 Farrington Drive
Marrero, LA 70072
504-341-8526


Christopher L Clouatre
5928 Louis I
Marrero, LA 70072


| Employee Pay Stub | | Check number: 6597 | | | Pay Period: 10/18/2009 - 10/24/2009 | Pay Date: 10/28/2009 |
|---|---|---|---|---|---|---|

**Employee**                                                                                             **SSN**

Christopher L Clouatre, 5928 Louis I, Marrero, LA 70072

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 40:00 | 21.00 | 840.00 | 34,487.00 |
| Overtime Rate | 4:00 | 31.50 | 126.00 | 8,018.25 |
| Holiday hourly rate | | | | 648.00 |
| Sick Hourly | | | | 320.00 |
| Vacation Hourly Rate | | | | 840.00 |
| | | | 966.00 | 44,313.25 |

| Taxes | Current | YTD Amount |
|---|---|---|
| ral Withholding | -91.00 | -4,479.00 |
| al Security Employee | -59.89 | -2,747.42 |
| Medicare Employee | -14.00 | -642.54 |
| LA - Withholding | -31.96 | -1,621.21 |
| | -196.85 | -9,490.17 |

| Net Pay | 769.15 | 34,823.08 |
|---|---|---|



Quality Comfort Systems, Inc.
629 Farrington Drive
Marrero, LA 70072
504-341-8526

Christopher L Clouatre
5928 Louis I
Marrero, LA 70072

| Employee Pay Stub | | Check number: 6585 | | | Pay Period: 10/11/2009 - 10/17/2009 | Pay Date: 10/21/2009 |
|---|---|---|---|---|---|---|

**Employee**                                                                 SSN

Christopher L Clouatre, 5928 Louis I, Marrero, LA 70072

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 40:00 | 21.00 | 840.00 | 33,647.00 |
| Overtime Rate | 4:30 | 31.50 | 141.75 | 7,892.25 |
| Holiday hourly rate | | | | 648.00 |
| Sick Hourly | | | | 320.00 |
| Vacation Hourly Rate | | | | 840.00 |
| | | | 981.75 | 43,347.25 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| eral Withholding | | | -93.00 | -4,388.00 |
| ial Security Employee | | | -60.87 | -2,687.53 |
| Medicare Employee | | | -14.24 | -628.54 |
| LA - Withholding | | | -32.75 | -1,589.25 |
| | | | -200.86 | -9,293.32 |

| Net Pay | | | 780.89 | 34,053.93 |

Quality Comfort Systems, Inc.
629 Farrington Drive
Marrero, LA 70072
504-341-8526

Christopher L Clouatre
5928 Louis I
Marrero, LA 70072

---

| **Employee Pay Stub** | | Check number: 6560 | | | Pay Period: 10/04/2009 - 10/10/2009 | Pay Date: 10/14/2009 |
|---|---|---|---|---|---|---|

**Employee**                                                                          **SSN**

Christopher L Clouatre, 5928 Louis I, Marrero, LA 70072

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 40:00 | 21.00 | 840.00 | 32,807.00 |
| Overtime Rate | 8:00 | 31.50 | 252.00 | 7,750.50 |
| Holiday hourly rate | | | | 648.00 |
| Sick Hourly | | | | 320.00 |
| Vacation Hourly Rate | | | | 840.00 |
| | | | 1,092.00 | 42,365.50 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| al Withholding | | | -110.00 | -4,295.00 |
| i Security Employee | | | -67.70 | -2,626.66 |
| Medicare Employee | | | -15.83 | -614.30 |
| LA - Withholding | | | -38.32 | -1,556.50 |
| | | | -231.85 | -9,092.46 |

| Net Pay | | | 860.15 | 33,273.04 |
|---|---|---|---|---|

---

Quality Comfort Systems, Inc., 629 Farrington Drive, Marrero, LA 70072, 504-341-8526 504-341-8526

Quality Comfort Systems, Inc.
629 Farrington Drive
Marrero, LA 70072
504-341-8526


Christopher L Clouatre
5928 Louis I
Marrero, LA 70072

---

**Employee Pay Stub**          Check number: 6547          Pay Period: 09/27/2009 - 10/03/2009          Pay Date: 10/07/2009

**Employee**                                                                SSN

Christopher L Clouatre, 5928 Louis I, Marrero, LA 70072

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 40:00 | 21.00 | 840.00 | 31,967.00 |
| Holiday hourly rate | | | | 646.00 |
| Overtime Rate | | | | 7,498.50 |
| Sick Hourly | | | | 320.00 |
| Vacation Hourly Rate | | | | 840.00 |
| | | | 840.00 | 41,273.50 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| 'eral Withholding | | | -72.00 | -4,185.00 |
| al Security Employee | | | -52.08 | -2,558.96 |
| ...edicare Employee | | | -12.18 | -598.47 |
| LA - Withholding | | | -27.23 | -1,518.18 |
| | | | -163.49 | -8,860.61 |

| Net Pay | | | 676.51 | 32,412.89 |
|---|---|---|---|---|

Quality Comfort Systems, Inc.
629 Farrington Drive
Marrero, LA 70072
504-341-8526

.

Christopher L Clouatre
5928 Louis I
Marrero, LA 70072

| Employee Pay Stub | | Check number: 6533 | | | Pay Period: 09/20/2009 - 09/26/2009 | Pay Date: 09/30/2009 |
|---|---|---|---|---|---|---|

**Employee**                                                        **SSN**

Christopher L Clouatre, 5928 Louis I, Marrero, LA 70072

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 40:00 | 21.00 | 840.00 | 31,127.00 |
| Overtime Rate | 2:00 | 31.50 | 63.00 | 7,498.50 |
| Holiday hourly rate | | | | 648.00 |
| Sick Hourly | | | | 320.00 |
| Vacation Hourly Rate | | | | 840.00 |
| | | | 903.00 | 40,433.50 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| al Withholding | | | -82.00 | -4,113.00 |
| , Security Employee | | | -55.99 | -2,506.88 |
| Medicare Employee | | | -13.10 | -586.29 |
| LA - Withholding | | | -29.57 | -1,490.95 |
| | | | -180.66 | -8,697.12 |

**Net Pay**                                        722.34        31,736.38

Quality Comfort Systems, Inc.
629 Farrington Drive
Marrero, LA 70072
504-341-8526


Christopher L Clouatre
5928 Louis I
Marrero, LA 70072

---

**Employee Pay Stub**  Check number: 6518    Pay Period: 09/13/2009 - 09/19/2009    Pay Date. 09/23/2009

**Employee**    **SSN**

Christopher L Clouatre, 5928 Louis I, Marrero, LA 70072

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 40:00 | 21.00 | 840.00 | 30,287.00 |
| Overtime Rate | 23:00 | 31.50 | 724.50 | 7,435.50 |
| Holiday hourly rate | | | | 648.00 |
| Sick Hourly | | | | 320.00 |
| Vacation Hourly Rate | | | | 840.00 |
| | | | 1,564.50 | 39,530.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| ral Withholding | -192.00 | -4,031.00 |
| al Security Employee | -97.00 | -2,450.89 |
| Medicare Employee | -22.68 | -573.19 |
| LA - Withholding | -62.18 | -1,461.38 |
| | -373.86 | -8,516 46 |

**Net Pay**  1,190.64  31,014.04

Quality Comfort Systems, Inc., 629 Farrington Drive, Marrero, LA 70072, 504-341-8526 504-341-8526

Quality Comfort Systems, Inc.
629 Farrington Drive
Marrero, LA 70072
504-341-8526


Christopher L Clouatre
5928 Louis I
Marrero, LA 70072


| Employee Pay Stub | | | Check number: 6500 | | Pay Period: 09/06/2009 - 09/12/2009 | Pay Date: 09/16/2009 |
|---|---|---|---|---|---|---|

**Employee**                                                                 **SSN**

Christopher L Clouatre, 5928 Louis I, Marrero, LA 70072

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 40:00 | 21.00 | 840.00 | 29,447.00 |
| Overtime Rate | 9:00 | 31.50 | 283.50 | 6,711.00 |
| Holiday hourly rate | | | | 648.00 |
| Sick Hourly | | | | 320.00 |
| Vacation Hourly Rate | | | | 840.00 |
| | | | 1,123.50 | 37,966.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| ral Withholding | -115.00 | -3,839.00 |
| .al Security Employee | -69.65 | -2,353.89 |
| Medicare Employee | -16.29 | -550.51 |
| LA - Withholding | -39.91 | -1,399.20 |
| | -240.85 | -8,142.60 |

| Net Pay | 882.65 | 29,823.40 |
|---|---|---|

# KIRKPATRICK & ASSOCIATES, LLC

## PAY ADVICE CERTIFICATE

I under stand that the Bankruptcy Code requires that I provide to Trustee and any party that makes timely request, all pay advices that I have received from any employer during the 60 days preceding the date of the filing of the petition. To be safe, I am providing 70 days of Pay Advices. Pay Advices include stubs or other documentation reflecting paychecks, bonuses, commissions, or any monetary consideration from an employer. I understand that the failure to fully comply with this requirement may result in my case being dismissed without hearing at any point during my case and I will not get a discharge.

I understand that my petition will be filed on **11/18/09**(Insert file date)
During the 60 days preceding the above date, I will have received pay advices from **1** employer(s) (insert number of employers)
The employer(s) name(s), pay frequency, and date of the issuance of my next pay advice are:

| EMPLOYER | FREQUENCY | NEXT PAY DATE |
|---|---|---|
| A Louisiana Landscape | Weekly | 11/20/09 |
| B | | |
| C | | |

I certify that the only pay advices that I will have received during the 70 days preceding the date that my petition will be filed are listed below:

**Employer: Quality Comfort Systems          Employer:**

| No. | Date | Gross $ | No. | Date | Gross $ | No. | Date | Gross $ |
|---|---|---|---|---|---|---|---|---|
| A1 | 11/13/09 | 431.32 | B1 | | | C1 | | |
| A2 | 11/6/09 | 383.68 | B2 | | | C2 | | |
| A3 | 10/30/09 | 431.32 | B3 | | | C3 | | |
| A4 | 10/23/09 | 439.04 | B4 | | | C4 | | |
| A5 | 10/16/09 | 412.00 | B5 | | | C5 | | |
| A6 | 10/9/09 | 412.00 | B6 | | | C6 | | |
| A7 | 10/2/09 | 406.85 | B7 | | | C7 | | |
| A8 | 9/25/09 | 412.00 | B8 | | | C8 | | |
| A9 | 9/18/09 | 404.79 | B9 | | | C9 | | |
| A10 | | | B10 | | | C10 | | |

I certify that I understand the information provided above and the accuracy of the Pay Advice information I have provided to Kirkpatrick & Associates, LLC.

_Wendy Huber-Claude_     _11/18/09_
SIGN                                      DATE

**LOUISIANA LANDSCAPE SPECIALTY, INC. - PAYROLL ACCOUNT**

014271

| WENHUB | Wendy Huber | | | | | | 11/13/2009 | For period: 11/2/2009 - 11/8/2009 | | | | | Check: 14271 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type | Hours | Pay | YTD Hrs | YTD Pay | | Period | Y.T.D | | | | | | |
| Regular | 40.00 | 412.00 | 1604.50 | 16,201.62 | Fica | 20.01 | 782.88 | Regular | 40Hrs @ | 10.30 | = | 412.00 | |
| Overtime | 1.25 | 19.32 | 12.25 | 185.92 | Medicare | 4.68 | 183.09 | Overtime | 1.25Hrs @ | 15.45 | = | 19.32 | |
| Sick | 0.00 | 0.00 | 27.30 | 275.71 | Federal | 14.08 | 221.16 | | | | | | |
| Vacation | 0.00 | 0.00 | 56.00 | 563.82 | LA Tax | 7.89 | 291.98 | *** | 7.31 accrued vacation hours | | | *** | |
| Holiday | 0.00 | 0.00 | 48.00 | 482.40 | DENT | 14.64 | 377.44 | *** | 5.36 accrued sick hours | | | *** | |
| Total Pay | 41.25 | 431.32 | 1748.05 | 17,709.47 | INS | 93.90 | 4,704.93 | | | | | | |
| Tax+Deds | | -155.20 | | -6,573.48 | UNIF | 0.00 | 12.00 | | | | | | |
| Net Pay | | 276.12 | | 11,135.99 | Tax+Deds | 155.20 | 6,573.48 | | | | | | |
| Deposit | | 0.00 | | 5,648.75 | DD | 0.00 | 5,648.75 | | | | | | |
| Check Amt | | 276.12 | | 5,487.24 | | | | | | | | | |
| | | | | | INSCOS | 23.08 | 764.80 | | | | | | |

| WENHUB | Wendy Huber | | | | | 10/16/2009 | For period: 10/5/2009 - 10/11/2009 | | | | Check: 39248 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Type | Hours | Pay | YTD Hrs | YTD Pay | | Period | Y.T.D | | | | |
| Regular | 35.25 | 363.08 | 1447.25 | 14,581.94 | Fica | 18.82 | 705.31 | Regular | 35.25Hrs @ | 10.30 = | 363.08 |
| Ove time | 0.00 | 0.00 | 8.00 | 120.24 | Medicare | 4.40 | 164.95 | Vacation | 4.75Hrs @ | 10.30 = | 48.92 |
| ck | 0.00 | 0.00 | 27.30 | 275.71 | Federal | 11.18 | 170.83 | | | | |
| Vacation | 4.75 | 48.92 | 56.00 | 563.82 | LA Tax | 7.22 | 261.79 | *** | 3.98 accrued vacation hours | *** | |
| Holiday | 0.00 | 0.00 | 48.00 | 482.40 | DENT | 14.64 | 318.88 | *** | 2.70 accrued sick hours | *** | |
| Total Pay | 40.00 | 412.00 | 1586.55 | 16,024.11 | INS | 93.90 | 4,329.33 | | | | |
| Tax+Deds | | -150.16 | | -5,963.09 | UNIF | 0.00 | 12.00 | | | | |
| Net Pay | | 261.84 | | 10.061.02 | Tax+Deds | 150.16 | 5,963.09 | | | | |
| Deposit | | 261.84 | | 5,648.75 | DD | 261.84 | 5,648.75 | | | | |
| Check Amt | | 0.00 | | 4,412.27 | | | | | | | |
| | | | | | INSCOS | 23.08 | 672.48 | | | | |

Payroll Check 39248

******* V O I D *******

Wendy Huber
5928 Louis I Avenue
Marrero, LA 70072

X X X X X X X X X X X X X X X X X X X X X X X X X X X
X X X X X X X X X X X X X X X X X X X X X X X X X X X

014079

| WENHUB | W e n d y   H u b e r | | | | | | 10/23/2009 | For period: 10/12/2009 - 10/18/2009 | | | | Check: 14079 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type | Hours | Pay | YTD Hrs | YTD Pay | | Period | Y.T.D | | | | | |
| Regular | 40.00 | 412.00 | 1487.25 | 14,993.94 | Fica | 20.49 | 725.80 | Regular | 40Hrs @ | 10.30 | = | 412.00 |
| ime | 1.75 | 27.04 | 9.75 | 147.28 | Medicare | 4.79 | 169.74 | Overtime | 1.75Hrs @ | 15.45 | = | 27.04 |
| Sick | 0.00 | 0.00 | 27.30 | 275.71 | Federal | 15.24 | 186.07 | | | | | |
| Vacation | 0.00 | .0.00 | 56.00 | 563.82 | LA Tax | 8.16 | 269.95 | *** | 3.98 accrued vacation hours | | | *** |
| Holiday | 0.00 | 0.00 | 48.00 | 482.40 | DENT | 14.64 | 333.52 | *** | 2.70 accrued sick hours | | | *** |
| Total Pay | 41.75 | 439.04 | 1628.30 | 16,463.15 | INS | 93.90 | 4,423.23 | | | | | |
| Tax+Deds | | -157.22 | | -6,120.31 | UNIF | 0.00 | 12.00 | | | | | |
| Net Pay | | 281.82 | | 10,342.84 | Tax+Deds | 157.22 | 6,120.31 | | | | | |
| Deposit | | 0.00 | | 5,648.75 | DD | 0.00 | 5,648.75 | | | | | |
| Check Amt | | 281.82 | | 4,694.09 | | | | | | | | |
| | | | | | INSCOS | 23.08 | 695.56 | | | | | |

Page 35 of 95

**LOUISIANA LANDSCAPE SPECIALTY, INC. - PAYROLL ACCOUNT**

014208

| WENHUB | Wendy Huber | | | | | | 11/6/2009 | For period: 10/26/2009 - 11/1/2009 | | | | Check: 14208 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type | Hours | Pay | YTD Hrs | YTD Pay | | Period | Y.T.D | | | | | |
| Regular | 37.25 | 383.68 | 1564.50 | 15,789.62 | Fica | 17.06 | 762.87 | Regular | 37.25Hrs @ | 10.30 | = | 383.68 |
| Overtime | 0.00 | 0.00 | 11.00 | 166.60 | Medicare | 3.99 | 178.41 | | | | | |
| Sick | 0.00 | 0.00 | 27.30 | 275.71 | Federal | 6.93 | 207.08 | *** 7.31 accrued vacation hours | | | *** | |
| Vacation | 0.00 | 0.00 | 56.00 | 563.82 | I.A Tax | 6.25 | 284.09 | *** 5.36 accrued sick hours | | | *** | |
| Holiday | 0.00 | 0.00 | 48.00 | 482.40 | DENT | 14.64 | 362.80 | | | | | |
| Total Pay | 37.25 | 383.68 | 1706.80 | 17,278.15 | INS | 93.90 | 4,611.03 | | | | | |
| Tax+Deds | | -142.77 | | -6,418.28 | UNIF | 0.00 | 12.00 | | | | | |
| Net Pay | | 240.91 | | 10,859.87 | Tax+Deds | 142.77 | 6,418.28 | | | | | |
| Deposit | | 0.00 | | 5,648.75 | DD | 0.00 | 5,648.75 | | | | | |
| Check Amt | | 240.91 | | 5,211.12 | | | | | | | | |
| | | | | | INSCOS | 23.08 | 741.72 | | | | | |

Page 1
1S2V09 1102
Company L1

Ledger Card Report
Louisiana Landscape Specialty
Case 09-13826   Doc 1   Filed 11/18/09   Entered 11/18/09 15:33:25   Main Document
Page 36 of 95

WENHUB-Wendy Huber
5928 Louis I Avenue
Marrero, LA 70072

Phone (504) 344-170

| Check Date | Regular | Over | Double | Sick | Vacation | Holiday | Bonus | Other | Nontax | Gross | Fica | Med. | Fed/EIC | State | Local | Deds. | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/3/2009 | 397.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 397.50 | 15.50 | 3.63 | | 5.38 | 0.00 | 147.53 | 225.46 |
| 57 | 39.75 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs | | | | | | | | | | | |
| 4  3 | 387.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 387.50 | 16.77 | 3.92 | 0.00 | 6.09 | 0.00 | 116.98 | 243.74 |
| ..220 | 38.75 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs | | | | | | | | | | | |
| 4/17/2009 | 322.50 | 0.00 | 0.00 | 0.00 | 77.50 | 0.00 | 0.00 | 0.00 | 0.00 | 400.00 | 17.55 | 4.10 | 0.00 | 6.52 | 0.00 | 116.98 | 254.85 |
| #12278 | 32.25 hrs | 0 hrs | 0 hrs | 0 hrs | 7.75 hrs | 0 hrs | | | | | | | | | | | |
| 4/24/2009 | 387.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 387.50 | 16.77 | 3.93 | 0.00 | 6.09 | 0.00 | 116.98 | 243.73 |
| #12344 | 38.75 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs | | | | | | | | | | | |
| 5/1/2009 | 400.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 400.00 | 17.55 | 4.10 | 0.00 | 6.52 | 0.00 | 116.98 | 254.85 |
| #12412 | 40 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs | | | | | | | | | | | |
| 5/8/2009 | 397.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 397.50 | 16.76 | 3.92 | 0.00 | 6.08 | 0.00 | 127.16 | 243.58 |
| #12483 | 39.75 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs | | | | | | | | | | | |
| 5/15/2009 | 382.50 | 0.00 | 0.00 | 17.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 400.00 | 16.91 | 3.96 | 0.00 | 6.17 | 0.00 | 127.16 | 245.80 |
| #12551 | 38.25 hrs | 0 hrs | 0 hrs | 1.75 hrs | 0 hrs | 0 hrs | | | | | | | | | | | |
| 5/22/2009 | 187.50 | 0.00 | 0.00 | 72.50 | 90.00 | 0.00 | 0.00 | 0.00 | 0.00 | 350.00 | 13.82 | 3.23 | 0.00 | 4.68 | 0.00 | 127.16 | 201.11 |
| #12617 | 18.75 hrs | 0 hrs | 0 hrs | 7.25 hrs | 9 hrs | 0 hrs | | | | | | | | | | | |
| 5/29/2009 | 0.00 | 0.00 | 0.00 | 0.00 | 265.00 | 0.00 | 0.00 | 0.00 | 0.00 | 265.00 | 8.55 | 2.00 | 0.00 | 2.89 | 0.00 | 127.16 | 124.40 |
| #12680 | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 26.5 hrs | 0 hrs | | | | | | | | | | | |
| 6/12/2009 | 255.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 255.00 | 14.90 | 3.48 | 0.00 | 5.05 | 0.00 | 14.64 | 216.93 |
| #38041 | 25.5 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs | | | | | | | | | | | |
| 6/19/2009 | 400.00 | 11.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 411.25 | 24.59 | 5.75 | 2.35 | 10.44 | 0.00 | 14.64 | 353.48 |
| #38107 | 40 hrs | 0.75 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs | | | | | | | | | | | |
| 6/26/2009 | 340.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 340.00 | 14.35 | 3.36 | 0.00 | 4.86 | 0.00 | 108.54 | 208.89 |
| #38172 | 34 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs | | | | | | | | | | | |
| 7/2/2009 | 400.00 | 22.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 422.50 | 19.46 | 4.55 | 0.00 | 7.59 | 0.00 | 108.54 | 282.36 |
| #38242 | 40 hrs | 1.5 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs | | | | | | | | | | | |
| 7/10/2009 | 340.00 | 0.00 | 0.00 | 0.00 | 0.00 | 80.00 | 0.00 | 0.00 | 0.00 | 420.00 | 19.31 | 4.52 | 0.00 | 7.50 | 0.00 | 108.54 | 280.13 |
| #38312 | 34 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 8 hrs | | | | | | | | | | | |
| 7/17/2009 | 400.00 | 22.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 422.50 | 19.47 | 4.55 | 0.00 | 7.59 | 0.00 | 108.54 | 282.35 |
| #38380 | 40 hrs | 1.5 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs | | | | | | | | | | | |
| 7/24/2009 | 400.00 | 37.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 437.50 | 20.39 | 4.77 | 0.00 | 8.10 | 0.00 | 108.54 | 295.70 |
| #38447 | 40 hrs | 2.5 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs | | | | | | | | | | | |
| 7/31/2009 | 392.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 392.50 | 17.61 | 4.12 | 8.26 | 6.55 | 0.00 | 108.54 | 247.42 |
| #38514 | 39.25 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs | | | | | | | | | | | |
| 8/7/2009 | 395.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 395.00 | 17.76 | 4.15 | 8.63 | 6.64 | 0.00 | 108.54 | 249.28 |
| #38583 | 39.5 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs | | | | | | | | | | | |
| 8/14/2009 | 412.00 | 3.87 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 415.87 | 19.06 | 4.46 | 11.76 | 7.36 | 0.00 | 108.54 | 264.69 |
| #38651 | 40 hrs | 0.25 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs | | | | | | | | | | | |
| 8/21/2009 | 396.55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 396.55 | 17.85 | 4.17 | 8.87 | 6.69 | 0.00 | 108.54 | 250.43 |
| #38717 | 38.5 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs | | | | | | | | | | | |
| 8/28/2009 | 357.93 | 0.00 | 0.00 | 54.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 412.00 | 18.82 | 4.40 | 11.18 | 7.22 | 0.00 | 108.54 | 261.84 |
| #38785 | 34.75 hrs | 0 hrs | 0 hrs | 5.25 hrs | 0 hrs | 0 hrs | | | | | | | | | | | |
| 9/4/2009 | 412.00 | 3.87 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 415.87 | 19.05 | 4.46 | 11.76 | 7.36 | 0.00 | 108.54 | 264.70 |
| #38854 | 40 hrs | 0.25 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs | | | | | | | | | | | |
| 9/11/2009 | 383.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 383.68 | 17.06 | 3.99 | 6.93 | 6.25 | 0.00 | 108.54 | 240.91 |
| 9923 | 37.25 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs | | | | | | | | | | | |
| 9    9 | 283.25 | 0.00 | 0.00 | 39.14 | 0.00 | 82.40 | 0.00 | 0.00 | 0.00 | 404.79 | 18.37 | 4.29 | 10.10 | 6.98 | 0.00 | 108.54 | 256.51 |
| 31 | 27.5 hrs | 0 hrs | 0 hrs | 3.8 hrs | 0 hrs | 8 hrs | | | | | | | | | | | |
| 9/2...09 | 329.60 | 0.00 | 0.00 | 0.00 | 0.00 | 82.40 | 0.00 | 0.00 | 0.00 | 412.00 | 18.81 | 4.40 | 11.18 | 7.22 | 0.00 | 108.54 | 261.85 |
| #39057 | 32 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 8 hrs | | | | | | | | | | | |
| 10/2/2009 | 406.85 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 406.85 | 18.50 | 4.33 | 10.41 | 7.05 | 0.00 | 108.54 | 258.02 |
| #39120 | 39.5 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs | | | | | | | | | | | |
| 10/9/2009 | 412.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 412.00 | 18.81 | 4.40 | 11.18 | 7.22 | 0.00 | 108.54 | 261.85 |
| #39185 | 40 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs | | | | | | | | | | | |
| 10/16/2009 | 363.08 | 0.00 | 0.00 | 0.00 | 48.92 | 0.00 | 0.00 | 0.00 | 0.00 | 412.00 | 18.82 | 4.40 | 11.18 | 7.22 | 0.00 | 108.54 | 261.84 |
| #39248 | 35.25 hrs | 0 hrs | 0 hrs | 0 hrs | 4.75 hrs | 0 hrs | | | | | | | | | | | |
| 10/23/2009 | 412.00 | 27.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 439.04 | 20.49 | 4.79 | 15.24 | 8.16 | 0.00 | 108.54 | 281.82 |
| #14079 | 40 hrs | 1.75 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs | | | | | | | | | | | |
| 10/30/2009 | 412.00 | 19.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 431.32 | 20.01 | 4.68 | 14.08 | 7.89 | 0.00 | 108.54 | 276.12 |
| #14148 | 40 hrs | 1.25 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs | | | | | | | | | | | |
| | 10,765.94 | 147.85 | 0.00 | 183.21 | 563.82 | 162.40 | 0.00 | 0.00 | 0.00 | 11,823.22 | 533.67 | 124.81 | 153.11 | 201.36 | 0.00 | 3,215.63 | 7,594.64 |
| | 1063.25 hrs | 9.75 hrs | 0 hrs | 18.05 hrs | 56 hrs | 16 hrs | | | | | | | | | | | |

**CMI Worksheet (To Compute Average Monthly Income Over Last 6 Months)**  (Do NOT include any <u>Social Security</u> or <u>Unemployment</u> Benefits) (CMI.wpt rev. 12/2/05)

| Client Clouatre   Month => | 5/09 | 6/09 | 7/09 | 8/09 | 9/09 | 10/09 | Average | / | / | Average |
|---|---|---|---|---|---|---|---|---|---|---|
| (H) Quality Comfort  Gross wages (including overtime, bonuses, and commission) | $4250.00 | $4583.25 | $5885.75 | $5082.00 | $5523.00 | $3879.75 | $4867.21 | $ | $ | $ |
| (W) LA Landscape  Gross wages (including overtime, bonuses, and commission) | $1812.50 | $1006.25 | $2095.00 | $1619.42 | $1616.34 | $2101.21 | $1708.45 | $ | $ | $ |
| Employer   Gross wages (including overtime, bonuses, and commission) | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| Employer   Gross wages (including overtime, bonuses, and commission) | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| Business Income (Sole proprietorship) Gross receipts | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| Minus necessary business expenses | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| Equals Net Business income | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| Net Rental Income Gross receipts | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| Minus necessary operating expenses | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| Equals Net Rental income | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| Interest, Dividends and Royalties | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| Pension and Retirement Income (1) Private Retirement Plan | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| (2) Military Retirement | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| Regular contributions to household: (1) Alimony or Child Support | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| (2) Roommates | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| (3) Contributions from family | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| Unemployment Benefits   (If law requires) | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| Income from other sources: (1) Annuity Income Payments | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| (2) Distributions from a trust | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| (3) Worker's Compensation | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| (4) Disability Income (Not Soc. Sec.) | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| (5) Other. | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| **TOTAL FOR MONTH:** | $ | $ | $ | $ | $ | $ | $6575.66 | $ | $ | $ |

I verify, under penalty of perjury, that this page contains complete & accurate information as to all income I received during the last 6 months, to the best of my knowledge & based on records in my possession or under my control, (other than money received from Social Security or Unemployment).

(Note: To be signed at "final" signing appt.)   Dated 11/18/09   Client Signature: _Christopher L Clouatre_  Co-Client Signature _Wendy Hulen Clout_ (if joint filing)

ACKNOWLEDGMENT OF RECEIPT

I acknowledge that I have received from Assc, LLC, a copy of each of the following documents:

1. Consultation Agreement
2. Notice Mandated By Section 342(b)(1) and 527(a)(1) of the Bankruptcy Code
3. Notice Mandated By Section 527(a)(2) of the Bankruptcy Code
4. Notice Mandated By Section 527(b) of the Bankruptcy Code
5. Notice Mandated By Section 342(b)(2) of the Bankruptcy Code

If my spouse was not present when I received a copy of these notices, I hereby also acknowledge receipt of said notices on behalf of my spouse, and promise to provide my spouse with either a copy of these notices or the opportunity to read and review the copy I received.

Christopher Clouatre
PRINT NAME

_____
SIGNATURE

Wendy C. Huber-Clowa
PRINT NAME

_____
SIGNATURE

Page 7

October 13, 2009

Mr. & Mrs. Christopher Clutaure
5928 Louis I
Marrero, La. 70072

> Re: Estimate of Market Value
> 5928 Louis I
> Marrero, La. 70072

Dear Mr. & Mrs. Clutaure:

At your request I have inspected the above captioned in order to estimate
the present day market value.

The subject is a frame and brick veneer dwelling having approximately
1000 square feet of living area and a one car attached carport.

I consider this property to be in average condition.

It is my opinion the present day market value of the subject is Ninety Five
Thousand Dollars ($95,000.00).

There were no recent sales in your immediate area, however I have enclosed
the most applicable comparables for this purpose.

> Respectfully Submitted,
>
> Joe J. Relle Inc.
>
> Mark D. Broussard
> Realtors

November 13, 2009

Comparable Sales Re: 5928 Louis I Dr., Marrero, La. 70072

Comparable # 1

3812 Glenoak Dr., Harvey, La. 70068
This property is a frame and brick veneer dwelling having approximately
2235 square feet of living area plus a two car attached garage.
The seller paid $5,000.00 of the purchasers closing cost.
This property was sold in average condition on
05/21/2009 for                                    $128,000.00

Comparable # 2

7409 Pritchard Place, Marrero, La. 70072
This property is a frame dwelling with vinyl siding and has approximately
802 square feet of living area.  This cottage has some good upgrades in that
is a $10,000.00 driveway.
This property was sold in very good condition on
04/14/2009 for                                    $87,500.00

Comparable # 3

7432 Pritchard St., Marrero, La. 70072
This property is a frame dwelling with vinyl siding and has approximately
2340 square feet of living area plus a driveway for parking.  This property
has two efficiency apartments for a total of 3040 square feet.
The seller paid $5,000.00 of the buyers closing cost.
This property was sold in fair condition on
04/09/2009 for                                    $123,600.00

My Conclusion is $95,000.00

**RESIDENTIAL** Information Deemed Reliable, Not Verified or Guaranteed
Copyright 2009 by New Orleans Metropolitan Association of REALTORS, Inc. All Rights Reserved.
Users are Responsible for Checking the Accuracy, Completeness, Currency, and Status of All Information.

*MARK BROUS*
08:
11/

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ML# | **777037** | Status **S** | Dwelling Type **SGL** | Listing Type **EA** | Area **44** | | LP: | **129,900** |
| Address | **3812 /GLENOAK/DR** | | Lot | Map | | | Orig LP | **$129,900** |
| City | **Harvey** | CityLmt **Y** | Parish | **JEFFERSON** | | State | **LA** | Zip Code **70**|
| Subdiv | | SubCode | Prop ID | **700583812GLENOAKD** | Legal Desc | | | |
| Bounding Streets | **Destrehan,Inwwon, Liro, Keith** | | | | | | #Images | **7** |
| Directions | **Lapalco to Destrehan then right on Glenoak house on right.** | | | | | | | |

### General Information

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Style | **TRAD** | Ext **BR / SI** | Appx SqFt Living Area | **2,235** | | Stories | **2.0** | Gas |
| Appx Age | **24** | Foundation **SLA** | Appx SqFt Total Area | **2,600** | | Bedrooms | **4** | Ele |
| Lot Desc | **REG** | Acres **0.000** | Lot Size **60 X 100** | | | Baths F/H | **2 / 1** | Swi |
| Schools | | | | | | Car | **AT / 2 / GR** | Wtr |
| Roof | **SEA** | . | HomeOwnerFee | **N** | | Builder | | |
| Assoc | | Total Unit In Complex | | Club House | | Monthly Townhouse Fee | | |

### Public Remarks for NOMAR Website and Public Viewing

Public **Good starter home. Large home with separate living, dining and den. This home needs updating inside but is solid.**
Remarks **rot on exterior windows and doors to be corrected. Tenant occupied property.**

### Approximate Room Sizes, Floors, and Locations

| | | | | | |
|---|---|---|---|---|---|
| Living Room | **17.0 X 12.4/ L** | Laundry | | MstrBed | **14.5 X 14.5/ U** |
| Dining Room | **12.0 X 12.0/ L** | Other | | 2nd Bed | **14.0 X 10.0/ U** |
| Den/GreatRm | | Other | | 3rd Bed | **14.5 X 11.3/ U** |
| Kitchen | **13.0 X 10.0/ L** | Other | | 4th Bed | **14.0 X 10.0/ U** |

### Other Features

| | | | | | | |
|---|---|---|---|---|---|---|
| Warranty | **N** | Condition **AVG** | Pool **N** | ApplianceInc | | Air **C** |
| TermCont | **N** | OutBldg | Spa | | | Heat **C** |
| Apartmnt | **N** | WtrFr/Nav | FirePl | | | |
| BusService | | | RrYdVhAc | AddlFeatures | | Patio **O** |
| | | | Ext Feat | | | |

### Comparable Information

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| UnderContr | **03/23/09** | DOM **45** | Sold Price | **$128,000** | | Sold $/SqFt | **$57.27** | |
| Sold Date | **05/21/09** | | Sold Agent PID | **ADOLPHTO** | | Sold Broker Code | **REMA02** | |
| Sold Pmt Type | | | Terms | **FHA** | | Ttl Discount Pts | **0.000** | |
| New Loan | **$125,581** | | IntstRate | **6.750%** | | AmortizeYrs | **30** | |
| Purchaser1 | **Singleton** | | Seller1 | **Bank** | | | | |
| Purchaser2 | | | Seller2 | | | | | |
| Buyer Costs Paid by Seller: | | Warranty **$485** | Closing Cost | **$5,000** | Repair/Allow | **$0** | Pts | **0.000** |



**MARK BROUSSARD**

**Office Phone: 504-362-4333**

**RESIDENTIAL**  Information Deemed Reliable, Not Verified or Guaranteed

**MARK BROUS**

Copyright 2009 by New Orleans Metropolitan Association of REALTORS, Inc. All Rights Reserved.  02:
Users are Responsible for Checking the Accuracy, Completeness, Currency, and Status of All Information.  11/

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ML# | 775343 | Status S | | Dwelling Type SGL | Listing Type **ERS** | Area **42** | | LP: | 92,000 |
| Address | 7409 /PRITCHARD/PL | | | Lot 24 Map | | | Orig LP | $92,000 |
| City | **Marrero** | CityLmt Y | | Parish **JEFFERSON** | | State **LA** | Zip Code 701 |
| Subdiv | **Pritchard Place** | SubCode | | Prop ID 700727409PRITCHARP | Legal Desc **Lot 24 Ames Farm Land** |
| Bounding Streets | Jung, St Rita, Hebert, 4th St, Hwy 90 | | | | | | | | #Images 1: |
| Directions | **Down Hwy 90, Rt on Jung towards River , Rt on Pritchard, Rt side** | | | | | | | | |

### General Information

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Style | **TRAD** | Ext **VS** | | Appx SqFt Living Area | **802** | | Stories **1.0** | Gas |
| Appx Age | **50 / +** | Foundation **RAI** | | Appx SqFt Total Area | **885** | | Bedrooms **2** | Ele |
| Lot Desc | **OVR** | Acres **0.000** | Lot Size | **45.4 x 160 x 49.7 x 160** | | Baths F/H **1** | Swr |
| Schools | **E Vic A Pitre /H Higgins** | | | | | | Car **3+ / DR** | Wtr |
| Roof | **SEA** | | | HomeOwnerFee **N** | | | Builder | |
| Assoc | | | Total Unit In Complex | | Club House **N** | Monthly Townhouse Fee | |

### Public Remarks for NOMAR Website and Public Viewing

Public
Remarks

**Adorable renovated home nicely done. Crown Molding, laminate wood floors, Wainscoting in Master bdrm,hallway,l room & snack bar. Ceramic in kitchen & bath. New dbl-insulated, flip-down windows.Polar-lock insulation under lm has 30 yr. warr. w/ridge-caps. Vinyl siding is termite resistant. All new installed ceiling fans and base boards. Cem driveway, walkway & stamped concrete was a 10k upgrade.**

### Approximate Room Sizes, Floors, and Locations

| | | | | | | |
|---|---|---|---|---|---|---|
| Living Room | **12.4 X 10.9/ L/ L** | | Laundry | | MstrBed | **12.4 X 12.1/ L/** |
| Dining Room | | | Other | | 2nd Bed | **12.4 X 11.9/ L/** |
| Den/GreatRm | | | Other | | 3rd Bed | |
| Kitchen | **15.9 X 10.4/ C/ L** | | Other | | 4th Bed | |

### Other Features

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Warranty | **N** | Condition | **VRGD** | Pool | **N** | ApplianceInc | **M / RO** | | Air **1** |
| TermCont | **N** | OutBldg | **SHED** | Spa | **N** | | | | Heat **1** |
| Apartmnt | **N** | WtrFr/Nav | **/ N** | FirePl | **N** | AddlFeatures | **CT / SA** | | |
| BusService | **Hwy 90** | | | RrYdVhAc **Y** | | | | | Patio **N** |

Ext Feat  **PO /FE**

### Comparable Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UnderContr | 03/16/09 | DOM 52 | Sold Price | $87,500 | | Sold $/SqFt | $109.10 |
| Sold Date | 04/14/09 | | Sold Agent PID | **RIDGSTAC** | | Sold Broker Code | **LATTO5** |
| Sold Pmt Type | | | Terms | **CSH** | | Ttl Discount Pts | 0.000 |
| New Loan | $0 | | IntstRate | 0.000% | | AmortizeYrs | 0 |
| Purchaser1 | | | Seller1 | | | | |
| Purchaser2 | | | Seller2 | | | | |
| Buyer Costs Paid by Seller: | | Warranty $0 | Closing Cost | $0 | Repair/Allow | $0 | Pts 0.000 |



**MARK BROUSSARD**

**Office Phone: 504-362-4333**

**RESIDENTIAL** Information Deemed Reliable, Not Verified or Guaranteed   **MARK BROUS**

Copyright  2009  by New Orleans Metropolitan Association of REALTORS, Inc. All Rights Reserved.   **03:**
Users are Responsible for Checking the Accuracy, Completeness, Currency, and Status of All Information.   **11/**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ML# | **754556** | Status S | Dwelling Type SGL | Listing Type **ERS** | Area **42** | | LP: | **119,900** |
| Address | **7432 /PRITCHARD/ST** | | Lot | **9&11** Map **J15** | | | Orig LP | **$159,900** |
| City | **MARRERO** | CityLmt Y | Parish **JEFFERSON** | | State | **LA** | Zip Code | **70(** |
| Subdiv | **Pritchard Place** | SubCode | Prop ID | **700727432PRITCHARS** | Legal Desc: Lots 9&11, Pritchard Plac | | | |
| Bounding Streets | **Jung** | | | | | | #Images | **2** |

Directions  **Westbank Expwy to Jung, take Jung towards 4th Street, take right on Pritchard.**

### General Information

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Style | **OTH** | Ext **SI** | | Appx SqFt Living Area | **2,340** | Stories | **2.0** | Gas |
| Appx Age | **38 / UNK** | Foundation **SLA** | | Appx SqFt Total Area | **3,040** | Bedrooms | **3** | Ele |
| Lot Desc | **REG** | Acres **0.000** | Lot Size **80 x 160** | | | Baths F/H | **3** | Swr |
| Schools | | | | | | Car **DR** | | Wtr |
| Roof | **MET / SHI** | | HomeOwnerFee **N** | | | Builder | | |
| Assoc | | | Total Unit In Complex | | Club House | Monthly Townhouse Fee | | |

### Public Remarks for NOMAR Website and Public Viewing

Public
Remarks
**Fannie Mae Foreclosure. Main house has 3 bedrooms and 3 baths. Home needs work. There is a detached building t houses a storage area, plus two Efficiency apts. Property to be sold As Is w/ WOR at AOS. No repairs provided by s Letter of pre-approval or proof of funds must accompany all offers. Special addendums required. Must close w/ Cor Title. The seller is offering up to $1,500 towards buyer's closing costs.**

### Approximate Room Sizes, Floors, and Locations

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Living Room | **0.0 X 0.0/ L** | Laundry | **7.9 X 6.3/ O/ L/ I** | | | MstrBed | **22.4 X 15.2/ O/** |
| Dining Room | **11.6 X 8.0/ O/ L** | Other | **9.5 X 8.9/ L/ L/ OT** | | | 2nd Bed | **19.2 X 15.0/ T/** |
| Den/GreatRm | **20.3 X 12.3/ O/ L** | Other | **22.3 X 8.7/ T/ L/ OT** | | | 3rd Bed | **11.9 X 10.6/ O/** |
| Kitchen | **11.3 X 8.6/ O/ L** | Other | **12.0 X 10.5/ O/ L/ OT** | | | 4th Bed | |

### Other Features

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Warranty | **N** | Condition | **FAIR** | Pool **N** | Applianceinc **CT** | | Air **C** |
| TermCont | **N** | OutBldg | **OTHER** | Spa **N** | | | Heat **C** |
| Apartmnt | **Y** | WtrFr/Nav | **/ N** | FirePl **G** | AddlFeatures **CF** | | |
| BusService | | | | RrYdVhAc **Y** | | | Patio **O** |

Ext Feat   **PO /FE**

### Comparable Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UnderContr | **03/04/09** | DOM **218** | Sold Price | **$123,660** | | Sold $/SqFt | **$52.85** |
| Sold Date | **04/09/09** | | Sold Agent PID | **INGRASSP** | | Sold Broker Code | **LATT10** |
| Sold Pmt Type | | | Terms | **VA** | | Ttl Discount Pts | **0.000** |
| New Loan | **$123,660** | | IntstRate | **6.000%** | | AmortizeYrs | **30** |
| Purchaser1 | | | Seller1 | | | | |
| Purchaser2 | | | Seller2 | | | | |
| Buyer Costs Paid by Seller: | | Warranty **$549** | Closing Cost | **$5,000** | Repair/Allow | **$0** | Pts **0.000** |



**MARK BROUSSARD**

**Office Phone: 504-362-4333**

**LOUISIANA TEMPORARY INSURANCE IDENTIFICATION CARD**
An insurer authorized to transact business in Louisiana has issued the Motor Vehicle
Policy identified hereon. The coverage provided by this policy meets the minimum
liability insurance limits prescribed by law.
**Safe Auto Insurance Company  NAIC 25405**
**4 Easton Oval, Columbus, OH 43219  (1-800-SAFE-AUTO)**
Policy Number: **LA00037252A-00**
Effective Date/Time: **06/18/2009 08:38 A.M.**
Expiration Date/Time: **12/18/2009 12:01 A.M.**
Card is good through: **08/12/2009 12:01 A.M.**
Year  Make Model                      VIN
**2004   Hyundai Santa Fe Gl          KM8SB12B24U831498**
Named Insured: **Wendy C Huber**
Additional Insureds:
**Christopher Clouatre**

This card must be carried in the vehicle at all times as evidence of
liability insurance.

LA1022/1008

## 158 HYUNDAI

| Rough Trade-In | Avg. Trade-In | Clean Trade-In | Body Type | Model No. | MSRP | Weight | Clean Loan | Clo Retail |
|---|---|---|---|---|---|---|---|---|
| 16625 | 18000 | 19100 | Wagon 4D GLS (AWD) .......NU7 | | 28005 | 4431 | 17200 | 23875 |
| 17825 | 19200 | 20325 | Wagon 4D SE (AWD) .......NU7 | | 29705 | | 18300 | 24525 |
| 19500 | 20925 | 22075 | Wagon 4D Limited (AWD). .......NU7 | | 34005 | | 19875 | 26150 |

| | | 350 | Add Infinity Stereo System (Std. Limited) | | | | 350 | 40? |
| | | 450 | Add Leather Seats (Std. Limited) | | | | 450 | 50? |
| | | 225 | Add Power Seat (Std. SE, Limited) | | | | 225 | 25? |
| | | 600 | Add Power Sunroof (Std. Limited) | | | | 600 | 67? |
| | | 700 | Add Rear Entertainment System | | | | 700 | 80? |
| | | 100 | Add Theft Recovery System | | | | 100 | 12? |

### 2007 TUCSON-V6  Mileage Class: I

| 7875 | 8900 | 9725 | Utility 4D GLS (4 Cyl.)........JM1 | | 16895 | 3240 | 8775 | 130?? |
| 8875 | 9950 | 10800 | Utility 4D SE .......JN1 | | 20895 | 3370 | 9725 | 141?? |
| 9550 | 10625 | 11500 | Utility 4D Limited .......JN1 | | 22245 | | 10350 | 149?? |
| 8150 | 9200 | 10050 | Util 4D GLS (4WD, 4 Cyl., 5 Spd.) .JM7 | | 18395 | 3425 | 9050 | 133?? |
| 9800 | 10900 | 11775 | Utility 4D SE (4WD) .......JN7 | | 22395 | 3548 | 10600 | 152?? |
| 10475 | 11575 | 12475 | Utility 4D Limited (4WD) .......JN7 | | 23745 | | 11250 | 159?? |

### 2007 SANTA FE-V6  Mileage Class: I

| 10550 | 11650 | 12550 | Utility 4D GLS .......SG1 | | 20945 | 3727 | 11300 | 160?? |
| 12200 | 13350 | 14275 | Utility 4D SE .......SH1 | | 23645 | 3846 | 12850 | 179?? |
| 13400 | 14575 | 15525 | Utility 4D Limited .......SH1 | | 25945 | 3846 | 13975 | 192?? |
| 11325 | 12450 | 13350 | Utility 4D GLS (AWD) .......SG7 | | 22945 | 3903 | 12025 | 169?? |
| 12975 | 14150 | 15075 | Utility 4D SE (AWD) .......SH7 | | 25645 | 4022 | 13575 | 187?? |
| 14175 | 15375 | 16325 | Utility 4D Limited (AWD) .......SH7 | | 27945 | 4022 | 14700 | 201?? |

### TUCSON/SANTA FE OPTIONS

| | | 225 | Add 3rd Row Seat | | | | 225 | 25? |
| | | 250 | Add Infinity Stereo System | | | | 250 | 30? |
| | | 200 | Add Power Seat (Std. Limited) | | | | 200 | 22? |
| | | 550 | Add Power Sunroof | | | | 550 | 62? |
| | | 200 | Add Rear Air Conditioning | | | | 200 | 22? |
| | | 700 | Add Rear Entertainment System | | | | 700 | 80? |
| | | 100 | Add Theft Recovery System | | | | 100 | 12? |
| | | 600 | Deduct W/out Air Conditioning | | | | 600 | 60? |
| | | 525 | Ded W/out Automatic Trans. (Ex. Tucson GLS 4WD) | | | | 525 | 52? |
| | | 125 | Ded W/out Cruise Control (Ex. Tucson GLS 4WD) | | | | 125 | 12? |

### 2007 ENTOURAGE-V6  Mileage Class: II

| 9125 | 10300 | 11250 | Wagon 4D GLS.......MC2 | | 23795 | 4400 | 10125 | 14075 |
| 10475 | 11700 | 12700 | Wagon 4D SE .......MC2 | | 26295 | | 11450 | 15625 |
| 11350 | 12600 | 13600 | Wagon 4D Limited .......MC2 | | 28795 | | 12250 | 16575 |

| | | 350 | Add Infinity Stereo System | | | | 350 | 40? |
| | | 600 | Add Power Sunroof | | | | 600 | 67? |
| | | 700 | Add Rear Entertainment System | | | | 700 | 80? |
| | | 100 | Add Theft Recovery System | | | | 100 | 12? |

## HYUNDAI

### 2006 TUCSON-V6  Mileage Class: I

| 6775 | 7775 | 8575 | Utility 4D GL (4 Cyl.).......JM1 | | 17495 | 3240 | 7725 | 11725 |
| 7825 | 8850 | 9675 | Utility 4D GLS .......JN1 | | 20395 | 3370 | 8725 | 12950 |
| 8450 | 9500 | 10350 | Utility 4D Limited .......JN1 | | 21695 | 3370 | 9325 | 13675 |
| 7050 | 8050 | 8850 | Util 4D GL (4WD, 4 Cyl., 5 Spd.) .JM7 | | 18995 | 3425 | 7975 | 12025 |
| 8550 | 9600 | 10450 | Utility 4D GLS (4WD) .......JN7 | | 21895 | 3548 | 9425 | 13800 |
| 9175 | 10250 | 11125 | Utility 4D Limited (4WD) .......JN7 | | 23195 | 3548 | 10025 | 14525 |

### 2006 SANTA FE-V6  Mileage Class: I

| 7225 | 8250 | 9075 | Utility 4D GLS .......SC1 | | 21695 | 3549 | 8175 | 12275 |
| 8425 | 9475 | 10325 | Utility 4D Limited...SC1 | | 24395 | 3737 | 9300 | 13850 |

SEE TRUCK SECTION PAGE 2 FOR ADDITIONAL OPTIONS
SOUTHWESTERN EDITION - OCTOBER 2009          B

---

## HYUNDAI 159

| Rough Trade-In | Avg. Trade-In | Clean Trade-In | Body Type | Model No. | MSRP | Weight | Clean Loan | Clo Retail |
|---|---|---|---|---|---|---|---|---|
| 8?00 | 9050 | 9900 | Utility 4D GLS (4WD)..........SC7 | | 23195 | 3752 | 8925 | 13175 |
| 8?00 | 10275 | 11150 | Utility 4D Limited (4WD)..........SC7 | | 25895 | 3946 | 10050 | 14550 |

### HYUNDAI OPTIONS

| | | 550 | Add 3.5L V6 Engine (Sante Fe GLS).... | | | | 550 | 625 |
| | | 500 | Add Power Sunroof ............... | | | | 500 | 575 |
| | | 100 | Add Theft Recovery System ......... | | | | 100 | 125 |
| | | 475 | Deduct W/out Automatic Trans. (Ex. GL 4WD) | | | | 475 | 475 |

## HYUNDAI

### 2005 TUCSON-V6  Mileage Class: I

| 5000 | 5925 | 6675 | Utility 4D GL (4 Cyl.)........JM1 | | 17499 | 3240 | 6025 | 9575 |
| 5750 | 6700 | 7475 | Utility 4D GLS. ..........JN1 | | 19999 | 3370 | 6750 | 10500 |
| 6425 | 7400 | 8200 | Utility 4D LX..........JN1 | | 21249 | | 7400 | 11300 |
| 5275 | 6200 | 6950 | Util 4D GL (4WD, 4 Cyl., 5 Spd.) ..JM7 | | 18999 | 3425 | 6275 | 9900 |
| 6425 | 7400 | 8200 | Utility 4D GLS (4WD) ........JN7 | | 21499 | 3548 | 7400 | 11300 |
| 7100 | 8100 | 8925 | Utility 4D LX (4WD) ..........JN7 | | 22749 | | 8050 | 12100 |

### 2005 SANTA FE-V6  Mileage Class: I

| 5450 | 6400 | 7175 | Utility 4D GLS..........SC1 | | 21649 | 3549 | 6475 | 10150 |
| 6575 | 7575 | 8375 | Utility 4D LX ..........SC1 | | 24599 | 3737 | 7550 | 11500 |
| 6150 | 7125 | 7900 | Utility 4D GLS (4WD)..........SC7 | | 23249 | 3752 | 7125 | 10975 |
| 7275 | 8300 | 9125 | Utility 4D LX (4WD) ..........SC7 | | 26099 | 3946 | 8225 | 12325 |

### HYUNDAI OPTIONS

| | | 500 | Add 3.5L V6 Engine (Sante Fe GLS)...... | | | | 500 | 575 |
| | | 450 | Add Power Sunroof .................. | | | | 450 | 500 |
| | | 100 | Add Theft Recovery System .......... | | | | 100 | 125 |
| | | 425 | Deduct W/out Automatic Trans. (Ex. GL 4WD) | | | | 425 | 425 |

## HYUNDAI

### 2004 SANTA FE-V6  Mileage Class: I

| 3875 | 4750 | 5450 | Utility 4D (4 Cyl.) ..........SB1 | | 17999 | 3494 | 4925 | 8175 |
| 4500 | 5400 | 6125 | Utility 4D GLS..........SC1 | | 20999 | 3549 | ~~5925~~ | ~~8950~~ |
| 5475 | 6425 | 7200 | Utility 4D LX ..........SC1 | | 23999 | 3737 | 6500 | 10175 |
| 5100 | 6025 | 6775 | Utility 4D GLS (4WD)..........SC7 | | 22499 | 3752 | 6100 | 9700 |
| 6075 | 7050 | 7825 | Utility 4D LX (4WD) ..........SC7 | | 25499 | 3946 | 7050 | 10975 |

| | | 450 | Add 3.5L V6 Engine (GLS)............ | | | | 450 | 500 |
| | | 400 | Add Power Sunroof .................. | | | | 400 | 450 |
| | | 375 | Deduct W/out Automatic Trans. ....... | | | | 375 | 375 |
| | | 100 | Deduct W/out Cruise Control ....... | | | | 100 | 100 |

## HYUNDAI

### 2003 SANTA FE-V6  Mileage Class: I

| 2850 | 3650 | 4300 | Utility 4D (4 Cyl.) ..........SB1 | | 17399 | 3494 | 3875 | 6800 |
| 3375 | 4200 | 4875 | Utility 4D GLS..........SC1 | | 19899 | 3549 | 4400 | 7500 |
| 3850 | 4725 | 5425 | Utility 4D LX ..........SC1 | | 22399 | | 4900 | 8150 |
| 3940 | 4775 | 5475 | Utility 4D GLS (4WD)..........SC7 | | 21399 | 3752 | 4950 | 8200 |
| 4400 | 5300 | 6025 | Utility 4D LX (4WD)..........SC7 | | 23899 | | 5425 | 8825 |

| | | 400 | Add 3.5L V6 Engine (GLS/LX).... | | | | 400 | 450 |
| | | 350 | Add Power Sunroof ..... | | | | 350 | 400 |
| | | 325 | Deduct W/out Automatic Trans. ..... | | | | 325 | 325 |
| | | 75 | Deduct W/out Cruise Control .... | | | | 75 | 75 |

## HYUNDAI

### 2002 SANTA FE-V6  Mileage Class: I

| 2275 | 3025 | 3650 | Utility 4D (4 Cyl.) ..........SB1 | | 17199 | 3494 | 3300 | 6000 |
| 2525 | 3300 | 3925 | Utility 4D GLS..........SC1 | | 19599 | 3549 | 3550 | 6350 |
| 2925 | 3725 | 4375 | Utility 4D LX ..........SC1 | | 21799 | | 3950 | 6900 |

SEE TRUCK SECTION PAGE 2 FOR ADDITIONAL OPTIONS
SOUTHWESTERN EDITION - OCTOBER 2009          8

# MILEAGE TABLE

VALUES SHOWN BELOW TO BE ADJUSTED FROM BASE GUIDEBOOK VALUES

| MILEAGE | CLASS | 2009 | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 |
|---|---|---|---|---|---|---|---|---|---|
| 1 to 5000 | I | 700 | 1275 | 1725 | 2075 | 2350 | 2550 | 2675 | 2725 |
| | II | 1125 | 2125 | 2925 | 3650 | 4300 | 4850 | 5325 | 5725 |
| | III | 1300 | 2475 | 3425 | 4275 | 5050 | 5750 | 6325 | 6825 |
| | IV | 1600 | 3025 | 4225 | 5300 | 6300 | 7200 | 7975 | 8675 |
| | V | 2850 | 5250 | 7050 | 8550 | 9700 | 10550 | 11100 | 11350 |
| 5001 to 10000 | I | 450 | 1025 | 1475 | 1850 | 2125 | 2350 | 2475 | 2525 |
| | II | 700 | 1700 | 2525 | 3225 | 3875 | 4425 | 4900 | 5300 |
| | III | 825 | 1975 | 2950 | 3800 | 4575 | 5250 | 5850 | 6350 |
| | IV | 1000 | 2450 | 3625 | 4700 | 5700 | 6600 | 7400 | 8100 |
| | V | 1800 | 4250 | 6100 | 7650 | 8850 | 9750 | 10350 | 10650 |
| 10001 to 15000 | I | 200 | 800 | 1250 | 1625 | 1925 | 2125 | 2275 | 2350 |
| | II | 300 | 1300 | 2100 | 2825 | 3475 | 4025 | 4500 | 4900 |
| | III | 350 | 1525 | 2475 | 3325 | 4100 | 4775 | 5375 | 5875 |
| | IV | 425 | 1850 | 3050 | 4125 | 5125 | 6025 | 6825 | 7525 |
| | V | 750 | 3250 | 5175 | 6750 | 8025 | 8975 | 9600 | 9975 |
| 15001 to 20000 | I | | 550 | 1025 | 1400 | 1700 | 1925 | 2075 | 2175 |
| | II | | 900 | 1725 | 2450 | 3075 | 3650 | 4125 | 4525 |
| | III | | 1050 | 2000 | 2875 | 3650 | 4325 | 4825 | 5425 |
| | IV | | 1300 | 2475 | 3575 | 4575 | 5475 | 6275 | 6975 |
| | V | | 2300 | 4250 | 5900 | 7200 | 8200 | 8900 | 9300 |
| 20001 to 25000 | I | -325 | 325 | 800 | 1200 | 1500 | 1750 | 1900 | 2000 |
| | II | -500 | 525 | 1325 | 2075 | 2700 | 3275 | 3750 | 4150 |
| | III | -575 | 600 | 1575 | 2425 | 3200 | 3900 | 4500 | 5000 |
| | IV | -725 | 750 | 1950 | 3025 | 4025 | 4925 | 5725 | 6475 |
| | V | -1300 | 1325 | 3350 | 5025 | 6400 | 7450 | 8175 | 8650 |
| 25001 to 30000 | I | -550 | 575 | 975 | 1300 | 1550 | 1725 | 1825 | |
| | II | -875 | 975 | 1700 | 2350 | 2900 | 3400 | 3800 | |
| | III | -1025 | 1125 | 2000 | 2775 | 3475 | 4375 | 4575 | |
| | IV | -1250 | 1400 | 2500 | 3500 | 4400 | 5200 | 5900 | |
| | V | -2300 | 2450 | 4175 | 5600 | 6700 | 7500 | 8000 | |
| 30001 to 35000 | I | -775 | -150 | 375 | 775 | 1125 | 1375 | 1350 | 1650 |
| | II | -1225 | -225 | 625 | 1350 | 2000 | 2575 | 3050 | 3450 |
| | III | -1425 | -250 | 725 | 1600 | 2375 | 3050 | 3950 | 4175 |
| | IV | -1750 | -325 | 900 | 2000 | 3000 | 3900 | 4700 | 5400 |
| | V | -3275 | 575 | 1575 | 3350 | 4825 | 5975 | 6825 | 7375 |
| 35001 to 40000 | I | -1000 | -350 | 175 | 600 | 925 | 1200 | 1375 | 1500 |
| | II | -1575 | -575 | 275 | 1000 | 1650 | 2225 | 2725 | 3125 |
| | III | -1825 | -650 | 325 | 1200 | 1975 | 2650 | 3250 | 3775 |
| | IV | -2250 | -825 | 400 | 1500 | 2500 | 3400 | 4200 | 4900 |
| | V | -4250 | -1500 | 700 | 2550 | 4050 | 5275 | 6150 | 6750 |
| 40001 to 45000 | I | -1225 | -550 | | 400 | 750 | 1025 | 1225 | 1350 |
| | II | -1900 | -900 | | 675 | 1325 | 1900 | 2400 | 2800 |
| | III | -2225 | -1050 | | 800 | 1575 | 2275 | 2875 | 3400 |
| | IV | -2750 | -1300 | | 1025 | 2025 | 2925 | 3725 | 4425 |
| | V | -5200 | -2400 | | 1725 | 3300 | 4550 | 5500 | 6150 |
| 45001 to 50000 | I | -1475 | -750 | -250 | 225 | 575 | 875 | 1075 | 1200 |
| | II | -2225 | -1200 | -400 | 375 | 1025 | 1600 | 2075 | 2500 |
| | III | -2600 | -1425 | -450 | 425 | 1225 | 1900 | 2525 | 3025 |
| | IV | -3225 | -175 | -575 | 550 | 1550 | 2450 | 3250 | 3975 |
| | V | -6150 | -3275 | -1025 | 950 | 2575 | 3875 | 4850 | 5550 |

ADDITION FOR LOWER MILEAGE SHOULD NOT EXCEED 50% OF TRADE-IN VALUE
DEDUCTION FOR HIGHER MILEAGE SHOULD NOT EXCEED 40% OF TRADE-IN VALUE

OCTOBER 2009

x

# MILEAGE TABLE

VALUES SHOWN BELOW TO BE ADJUSTED FROM BASE GUIDEBOOK VALUES

| MILEAGE | CLASS | 2009 | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 |
|---|---|---|---|---|---|---|---|---|---|
| 50001 to 55000 | I | -1625 | -950 | -425 | | 425 | 700 | 925 | 1075 |
| | II | -2525 | -1525 | -700 | | 725 | 1300 | 1800 | 2200 |
| | III | -2950 | -1775 | -825 | | 875 | 1550 | 2150 | 2675 |
| | IV | -3675 | -2225 | -1025 | | 1100 | 2000 | 2825 | 3525 |
| | V | -7075 | -4175 | -1850 | | 1850 | 3200 | 4225 | 4975 |
| 55001 to 60000 | I | -1825 | -1150 | -600 | -150 | 235 | 550 | 775 | 925 |
| | II | -2825 | -1800 | -975 | -250 | 450 | 1025 | 1500 | 1925 |
| | III | -3300 | -2175 | -1150 | -275 | 525 | 1225 | 1825 | 2350 |
| | IV | -4100 | -2650 | -1450 | -350 | 675 | 1575 | 2375 | 3100 |
| | V | -8000 | -5025 | -2675 | -625 | 1125 | 2525 | 3625 | 4400 |
| 60001 to 65000 | I | -2025 | -1325 | -775 | -300 | 150 | 425 | 650 | 800 |
| | II | -3100 | -2075 | -1250 | -525 | 175 | 750 | 1250 | 1650 |
| | III | -3625 | -2450 | -1475 | -600 | 270 | 900 | 1500 | 2025 |
| | IV | -4325 | -3075 | -1875 | -775 | 250 | 1150 | 1975 | 2675 |
| | V | -8900 | -5875 | -3475 | -1375 | 425 | 1875 | 3025 | 3850 |
| 65001 to 70000 | I | -2200 | -1500 | -950 | -375 | 275 | 525 | 675 | |
| | II | -3350 | -2350 | -1525 | -775 | 500 | 975 | 1400 | |
| | III | -3950 | -2750 | -1800 | -925 | 675 | 1200 | 1725 | |
| | IV | -4925 | -3475 | -2275 | -1175 | 750 | 1575 | 2300 | |
| | V | -9775 | -6725 | -4250 | -2100 | 1250 | 2425 | 3325 | |
| 70001 to 75000 | I | -2375 | -1675 | -1100 | -625 | -225 | 150 | 400 | 575 |
| | II | -3625 | -2600 | -1775 | -1025 | -350 | 250 | 750 | 1150 |
| | III | -4250 | -3050 | -2100 | -1225 | -425 | 300 | 900 | 1425 |
| | IV | -5325 | -3875 | -2675 | -1550 | -550 | 375 | 1200 | 1900 |
| | V | -10650 | -7550 | -5025 | -2825 | -950 | 625 | 1850 | 2800 |
| 75001 to 80000 | I | -2550 | -1825 | -1250 | -775 | -350 | 275 | 450 | |
| | II | -3850 | -2825 | -2000 | -1250 | -600 | 500 | 925 | |
| | III | -4925 | -3500 | -2375 | -1500 | -700 | 625 | 1150 | |
| | IV | -5700 | -4225 | -2925 | -1925 | -925 | 825 | 1550 | |
| | V | -11525 | -8350 | -5800 | -3550 | -1625 | 1300 | 2275 | |
| 80001 to 85000 | I | -2725 | -2000 | -1400 | -900 | -475 | -125 | 150 | 350 |
| | II | -4075 | -3050 | -2225 | -1475 | -825 | -225 | 300 | 700 |
| | III | -4800 | -3625 | -2650 | -1775 | -975 | -275 | 350 | 875 |
| | IV | -6050 | -4600 | -3400 | -2275 | -1275 | -375 | 475 | 1200 |
| | V | -12375 | -9150 | -6550 | -4250 | -2275 | -600 | 750 | 1775 |
| 85001 to 90000 | I | -2875 | -2150 | -1550 | -1050 | -600 | | 250 | |
| | II | -4300 | -3275 | -2425 | -1700 | -1025 | -425 | 250 | |
| | III | -5050 | -3875 | -2900 | -2025 | -1225 | -525 | 500 | |
| | IV | -6375 | -4925 | -3725 | -2625 | -1600 | -700 | 625 | |
| | V | -13200 | -9950 | -7275 | -4925 | -2900 | -1200 | 850 | |
| 90001 to 95000 | I | -3050 | -2300 | -1700 | -1175 | -725 | -350 | -75 | 175 |
| | II | -4500 | -3475 | -2625 | -1875 | -1225 | -625 | -125 | 325 |
| | III | -5300 | -4125 | -3150 | -2250 | -1475 | -775 | 150 | 400 |
| | IV | -5700 | -5250 | -4050 | -2950 | -1925 | -1025 | -200 | 550 |
| | V | -14025 | -10725 | -8000 | -5600 | -3525 | -1775 | -325 | 825 |
| 95001 to 100000 | I | -3200 | -2425 | -1825 | -1300 | -850 | -475 | -175 | 75 |
| | II | -4675 | -3650 | -2825 | -2075 | -1400 | -800 | -300 | 150 |
| | III | -5525 | -4350 | -3375 | -2475 | -1700 | -1000 | -375 | 175 |
| | IV | -7025 | -5575 | -4350 | -3250 | -2225 | -1325 | -500 | 250 |
| | V | -14850 | -11475 | -8700 | -6250 | -4125 | -2325 | -825 | 375 |

ADDITION FOR LOWER MILEAGE SHOULD NOT EXCEED 50% OF TRADE-IN VALUE
DEDUCTION FOR HIGHER MILEAGE SHOULD NOT EXCEED 40% OF TRADE-IN VALUE

XI

OCTOBER 2009

# KIRKPATRICK & ASSOCIATES, LLC

## Certificate of filing of tax returns

PRINT NAME: _Christopher L. Clenche_

I            H            W

I certify, under penalty of perjury, that I have filed all tax returns that were required to have been filed during the years: 2008, 2007, 2006 and 2005.

_Christopher Clenche_                    10-31-09

SIGN                            DATE

# KIRKPATRICK & ASSOCIATES, LLC

## Certificate of filing of tax returns

PRINT NAME: _Wendy C. Huber-Chai-_

I                    H                    W

I certify, under penalty of perjury, that I have filed all tax returns that were required to have been filed during the years: 2008, 2007, 2006 and 2005.

_[signature]_               10/30/09
SIGN                                    DATE

B6C (Official Form 6C) (12/07)

In re     **Christopher L. Clouatre,**                                    Case No. _____
          **Wendy Huber-Clouatre**
_____ ,
                                    Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                               $136,875.
☐ 11 U.S.C. §522(b)(2)
☑ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **5928 Louis I Avenue, Marrero, LA 70072** | **La. Const. Art. 12, § 9; LSA-R.S. § 20:1** | **35,000.00** | **95,000.00** |
| **Household Goods and Furnishings** | | | |
| **Household goods and furnishings** | **LSA-R.S. § 13:3881(A)(4)(a)** | **100%** | **500.00** |
| **Wearing Apparel** | | | |
| **Clothes** | **LSA-R.S. § 13:3881(A)(4)(a)** | **100%** | **500.00** |
| **Furs and Jewelry** | | | |
| **Wedding/Engagement ring(s)** | **LSA-R.S. § 13:3881(A)(5)** | **5,000.00** | **3,150.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2004 Hyundai Santa Fe (89K Miles)** | **LSA-R.S. § 13:3881(A)(7)** | **7,500.00** | **6,562.00** |
| **Animals** | | | |
| **Dogs** | **LSA-R.S. § 13:3881(A)(4)(f)** | **100%** | **50.00** |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **Earned Income Credit** | **LSA-R.S. § 13:3881(A)(6)** | **100%** | **Unknown** |

|  | Total: | **48,550.00** | **105,762.00** |
|---|---|---|---|

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Christopher L. Clouatre,**
       **Wendy Huber-Clouatre**                                                 Case No. _____

                                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx8854** | | | **Mortgage** | | | | | |
| **Creditor #: 1**<br>**Home Eq Servicing**<br>**P.O. Box 79230**<br>**City Of Industry, CA 91716-9230** | | C | **5928 Louis I Avenue, Marrero, LA 70072** | | | | | |
| | | | Value $             **95,000.00** | | | | **115,471.74** | **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

   **0**    continuation sheets attached

| | Subtotal<br>(Total of this page) | **115,471.74** | **0.00** |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **115,471.74** | **0.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                 Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re  **Christopher L. Clouatre,**
　　　　**Wendy Huber-Clouatre**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. _____

_____,
　　　　　　　　　　　　　　　　Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re **Christopher L. Clouatre,**
**Wendy Huber-Clouatre**

Case No. _____

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 1997-2008 Taxes | | | | | | |
| **Creditor #: 1** **Internal Revenue Service** **P O Box 21126** **Philadelphia, PA 19114** | C | | | | | | | 0.00 | |
| | | | | | | | 17,000.00 | | 17,000.00 |
| Account No. | | | 1997-2008 Taxes | | | | | | |
| **Creditor #: 2** **Louisiana Department of Revenue** **P.O. Box 3440** **Baton Rouge, LA 70823-3440** | C | | | | | | | 0.00 | |
| | | | | | | | 7,500.00 | | 7,500.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

| | | |
|---|---|---|
| Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 |
| | | 24,500.00     24,500.00 |
| | Total (Report on Summary of Schedules) | 0.00 |
| | | 24,500.00     24,500.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Christopher L. Clouatre,**                                                   Case No. _____
        **Wendy Huber-Clouatre**
                                                    _____,
                                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **PALIALLPSx1919** <br><br> **Creditor #: 1** <br> **Alltel** <br> **3900 Causeway Boulevard** <br> **Metairie, LA 70002** | | C | Services | | | | 419.00 |
| Account No. <br><br> **Representing:** <br> **Alltel** | | | **Palisad Collection** <br> **210 Sylvan Avenue** <br> **Englewood Cliffs, NJ 07632** | | | | |
| Account No. **xxxx2030** <br><br> **Creditor #: 2** <br> **Chase Auto Finance** <br> **201 North Walnut Street De1-10** <br> **Wilmington, DE 19801** | | C | Repo | | | | 7,538.47 |
| Account No. <br><br> **Representing:** <br> **Chase Auto Finance** | | | **Synergetic Comm.** <br> **5450 N.W. Central** <br> **Houston, TX 77092** | | | | |
| __10__  continuation sheets attached | | | | | Subtotal <br> (Total of this page) | | 7,957.47 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   S/N:28611-091012   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Christopher L. Clouatre,**                                    Case No. _____
         **Wendy Huber-Clouatre**
                                                                         ,
                                               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxx97-10** | | | | | Services | | | | |
| **Creditor #: 3** **Cox Commun.** **2121 Airline Highway** **New Orleans, LA 70117** | | | C | | | | | | |
| | | | | | | | | | 915.00 |
| Account No. | | | | | Credit Control **11821 Rock Landing** **Newport News, VA 23606** | | | | |
| Representing: **Cox Commun.** | | | | | | | | | |
| Account No. **xxxxxx6491** | | | | | Services | | | | |
| **Creditor #: 4** **Cox Commun.** **2121 Airline Highway** **New Orleans, LA 70117** | | | C | | | | | | |
| | | | | | | | | | 136.50 |
| Account No. | | | | | Credit Protection Assoc. **13355 Noel Road, #2100** **Dallas, TX 75240** | | | | |
| Representing: **Cox Commun.** | | | | | | | | | |
| Account No. **xxxxxx6276** | | | | | Services | | | | |
| **Creditor #: 5** **Cox Commun.** **2121 Airline Hwy** **New Orleans, LA 70117** | | | C | | | | | | |
| | | | | | | | | | 462.08 |

Sheet no. __**1**___ of __**10**__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                       | 1,513.58
(Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Christopher L. Clouatre,**           Case No. _____
       **Wendy Huber-Clouatre**

_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br>**REPRESENTING:**<br>**Cox Commun.** | | | | | **Credit Protection Assoc.**<br>**13355 NOel Road, # 2100**<br>**Dallas, TX 75240** | | | | |
| Account No. **xxxxxxxx0154**<br>**Creditor #: 6**<br>**Debt Recovery Solutions**<br>**900 Merchant Concourse**<br>**Westbury, NY 11590** | C | | | | Services | | | | 624.18 |
| Account No. **xx0472**<br>**Creditor #: 7**<br>**Exclusive Fitness**<br>**1901 Manhattan, Suite 100**<br>**Harvey, LA 70058** | C | | | | Services | | | | 540.00 |
| Account No. **xxxxxxx3699**<br>**Creditor #: 8**<br>**Fingerhut**<br>**C/O RJM Acquisitions**<br>**P.O. Box 18013**<br>**Hauppauge, NY 11788-8813** | C | | | | Services | | | | 207.79 |
| Account No. **xxxxxxx3970**<br>**Creditor #: 9**<br>**First Premier Bank**<br>**3820 North Louise Avenue**<br>**Sioux Falls, SD 57104** | C | | | | Credit Card | | | | 452.00 |

Sheet no. **2** of **10** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,823.97

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Christopher L. Clouatre,**                                                      Case No. _____
         **Wendy Huber-Clouatre**
_____,
                                                      Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxx6075** | | | | | Medical | | | | |
| **Creditor #: 10**<br>**Gretna ER Group**<br>**200 Corporate Boulevard, # 201**<br>**Lafayette, LA 70508** | C | | | | | | | | |
| | | | | | | | | | 750.00 |
| Account No. | | | | | CMRE Financial Svc.<br>3075 East Imperial Highway<br>Brea, CA 92821 | | | | |
| **Representing:**<br>**Gretna ER Group** | | | | | | | | | |
| Account No. **xxxxxxxxx3960** | | | | | Secured Loan | | | | |
| **Creditor #: 11**<br>**Home Finance**<br>**2600 Barataria Boulevard, Suite B**<br>**Marrero, LA 70072** | C | | | | | | | | |
| | | | | | | | | | 5,163.00 |
| Account No. **xxxxxxxx7120** | | | | | Secured Loan | | | | |
| **Creditor #: 12**<br>**Home Finance**<br>**2600 Barataria Boulevard**<br>**Marrero, LA 70072** | C | | | | | | | | |
| | | | | | | | | | 1,771.00 |
| Account No. **xxxxx8854** | | | | | Loan | | | | |
| **Creditor #: 13**<br>**HomEQ**<br>**P.O. Box 13716**<br>**Sacramento, CA 95853-3716** | C | | | | | | | | |
| | | | | | | | | | 9,072.06 |

Sheet no. __3__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,756.06

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Christopher L. Clouatre,**    Case No. _____
      **Wendy Huber-Clouatre**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **463**<br><br>**Creditor #: 14**<br>**Independent Credit**<br>**5100 Westbank Expressway**<br>**Marrero, LA 70072** | C | | Loan | | | | 903.00 |
| Account No. **x6616**<br><br>**Creditor #: 15**<br>**Jefferson Orthopedic**<br>**1111 Medical Center, N-804**<br>**Marrero, LA 70072** | C | | Medical | | | | 1,032.04 |
| Account No. **xxxx2912**<br><br>**Creditor #: 16**<br>**Ochsner Medical**<br>**1514 Jefferson highway**<br>**New Orleans, LA 70121** | C | | Medical | | | | 426.00 |
| Account No.<br><br>**Representing:**<br>**Ochsner Medical** | | | **Southern Credit Rev**<br>**3228 6th Street**<br>**Metairie, LA 70002** | | | | |
| Account No. **xxxxxx0204**<br><br>**Creditor #: 17**<br>**Ochsner Medical**<br>**1514 Jefferson Highway**<br>**New Orleans, LA 70121** | C | | Medical | | | | 604.00 |

Sheet no. __**4**__ of __**10**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,965.04

B6F (Official Form 6F) (12/07) - Cont.

In re  **Christopher L. Clouatre,**
       **Wendy Huber-Clouatre**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxx7943** | | | | | Medical | | | | |
| **Creditor #: 18**<br>**Parish Anes Westbank**<br>**P.O. Box 62600**<br>**New Orleans, LA 70162-2600** | C | | | | | | | | 498.24 |
| Account No. **420** | | | | | Secured Loan | | | | |
| **Creditor #: 19**<br>**Progressive Loans**<br>**2209 Lapalco Boulevard, Suite 11**<br>**Harvey, LA 70058** | C | | | | | | | | 1,578.00 |
| Account No. **xxxxxxxxx1000** | | | | | Student Loan | | | | |
| **Creditor #: 20**<br>**Sallie Mae**<br>**11100 USA Parkway**<br>**Fishers, IN 46038** | C | | | | | | | | 1,618.00 |
| Account No. **xxxxxxxxxx0021** | | | | | Student Loan | | | | |
| **Creditor #: 21**<br>**Sallie Mae**<br>**11100 USA Parkway**<br>**Fishers, IN 46038** | C | | | | | | | | 1,680.00 |
| Account No. **xx7470** | | | | | Services | | | | |
| **Creditor #: 22**<br>**Snap Fitness**<br>**3700 Lapalco Boulevard**<br>**Harvey, LA 70058** | C | | | | | | | | 786.00 |

Sheet no. __5__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,160.24

B6F (Official Form 6F) (12/07) - Cont.

In re **Christopher L. Clouatre,**
       **Wendy Huber-Clouatre**                                    Case No. _____
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **Representing:** **Snap Fitness** | | | **Statewide Rec.** **P.O. Box 291** **Metairie, LA 70004** | | | | |
| Account No. **xxxxx3597** **Creditor #: 23** **T Mobile** **12920 SE 38th Street** **Bellevue, WA 98006** | | C | Services | | | | 1,268.00 |
| Account No.  **Representing:** **T Mobile** | | | **Law Office of M.N. Kay** **7 Penn Plaza** **New York, NY 10001** | | | | |
| Account No. **x9611** **Creditor #: 24** **T Mobile Comm.** **12920 SE 38th Street** **Bellevue, WA 98006** | | C | Services | | | | 457.00 |
| Account No.  **Representing:** **T Mobile Comm.** | | | **GC Services** **6330 Gulfton** **Houston, TX 77081** | | | | |

Sheet no. __6__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **1,725.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Christopher L. Clouatre,**
       **Wendy Huber-Clouatre**

Case No. _____

_____ ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **xxxxx1934** | | | | Loan | | | | |
| **Creditor #: 25**<br>**US Dept of Edu.**<br>**P.O. Box 5609**<br>**Greenville, TX 75403** | C | | | | | | | 7,018.00 |
| Account No. **xxxxxx2560** | | | | Services | | | | |
| **Creditor #: 26**<br>**Verizon Wireless**<br>**1 Verizon Pl**<br>**Alpharetta, GA 30004** | C | | | | | | | 701.00 |
| Account No. **Exxx0881** | | | | Medical | | | | |
| **Creditor #: 27**<br>**W.J. Emergency**<br>**Dept 1482**<br>**P.O. Box 2153**<br>**Birmingham, AL 35287-1482** | C | | | | | | | 115.00 |
| Account No. **xxx8366** | | | | Medical | | | | |
| **Creditor #: 28**<br>**West Jeff Hosp**<br>**1101 Medical Center Blvd**<br>**Marrero, LA 70072** | C | | | | | | | 198.00 |
| Account No.<br><br>**Representing:**<br>**West Jeff Hosp** | | | | **Southern Credit Rec**<br>**3228 6th Street**<br>**Metairie, LA 70002** | | | | |

Sheet no. __7__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,032.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Christopher L. Clouatre,**
        **Wendy Huber-Clouatre**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxx-1-843** | | | | Medical | | | | |
| **Creditor #: 29** **West Jeff Hosp Pathology** **1101 Medical Center Blvd** **Marrero, LA 70072** | C | | | | | | | |
| | | | | | | | | 57.00 |
| Account No. | | | | Southern Credit Rec **3228 6th Street** **Metairie, LA 70002** | | | | |
| **Representing:** **West Jeff Hosp Pathology** | | | | | | | | |
| Account No. **xxxxx0011** | | | | Medical | | | | |
| **Creditor #: 30** **West Jeff Hosp.** **1101 Medical Center** **Marrero, LA 70072** | C | | | | | | | |
| | | | | | | | | 1,352.00 |
| Account No. | | | | Southern Credit Rec. **3228 6th Street** **Metairie, LA 70002** | | | | |
| **Representing:** **West Jeff Hosp.** | | | | | | | | |
| Account No. **x1679** | | | | Medical | | | | |
| **Creditor #: 31** **West Jeff Hosp.** **1101 Medical Center Blvd** **Marrero, LA 70072** | C | | | | | | | |
| | | | | | | | | 383.00 |

Sheet no. __8__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,792.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Christopher L. Clouatre,**
**Wendy Huber-Clouatre**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> Representing: <br> **West Jeff Hosp.** | | | **Southern Credit Rec** <br> **P.O. Box 8710** <br> **Metairie, LA 70011-8710** | | | | |
| Account No. **xxxxx0580** <br> **Creditor #: 32** <br> **West Jeff Hospital** <br> **1101 Medical Center** <br> **Marrero, LA 70072** | C | | **Medical** | | | | 383.00 |
| Account No. <br> Representing: <br> **West Jeff Hospital** | | | **Southern Credit Rec** <br> **P.O. Box 8710** <br> **Metairie, LA 70011-8710** | | | | |
| Account No. **x5989** <br> **Creditor #: 33** <br> **West Jeff Med Center** <br> **1111 Medical Center NIOS** <br> **Marrero, LA 70072** | C | | **Medical** | | | | 594.59 |
| Account No. **Wxxxxxxx4773** <br> **Creditor #: 34** <br> **West Jefferson Physician Group** <br> **1101 Medical Center** <br> **Marrero, LA 70072** | C | | **Medical** | | | | 277.00 |

Sheet no. __9__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,254.59

B6F (Official Form 6F) (12/07) - Cont.

In re **Christopher L. Clouatre,**
**Wendy Huber-Clouatre**                                    Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Representing:**<br>**West Jefferson Physician Group** | | | **Premium Asset Recovery**<br>**350 Jim Moran Blvd**<br>**Suite 2**<br>**Deerfield Beach, FL 33442** | | | | |
| Account No. **3385**<br>**Creditor #: 35**<br>**Windstream**<br>**C/O Asset Accept.**<br>**P.O. Box 2036**<br>**Warren, MI 48090** | | C | **Loan** | | | | **504.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __10__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | **504.00** |
| Total<br>(Report on Summary of Schedules) | **50,483.95** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **Christopher L. Clouatre,**                                      Case No. _____

        **Wendy Huber-Clouatre**

_____,

Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
| --- | --- |
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                       Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Christopher L. Clouatre,**
       **Wendy Huber-Clouatre**
                                     ,

Case No. _____

Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6I (Official Form 6I) (12/07)

In re **Christopher L. Clouatre**
**Wendy Huber-Clouatre**
_____
Debtor(s)

Case No. _____

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter**<br>**Daughter**<br>**Daughter** | AGE(S):<br>**13**<br>**8**<br>**9** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **AC Tech** | **Receptionist/HR Assistant** |
| Name of Employer | **Quality Comfort Systems** | **LA Landscape** |
| How long employed | **8 Years** | **1 1/2 Years** |
| Address of Employer | **629 Farrington Drive**<br>**Marrero, LA 70072** | **1701 Belle Chasse Highway**<br>**Gretna, LA 70056** |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **4,254.25** | $ | **1,785.33** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| | | | | |
| 3. SUBTOTAL | $ | **4,254.25** | $ | **1,785.33** |
| | | | | |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | **870.39** | $ | **180.31** |
| b. Insurance | $ | **0.00** | $ | **470.34** |
| c. Union dues | $ | **0.00** | $ | **0.00** |
| d. Other (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| | | | | |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **870.39** | $ | **650.65** |
| | | | | |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **3,383.86** | $ | **1,134.68** |
| | | | | |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| | | | | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **0.00** |
| | | | | |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **3,383.86** | $ | **1,134.68** |
| | | | | |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | | **4,518.54** |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**-NONE-**

B6J (Official Form 6J) (12/07)

In re   **Christopher L. Clouatre**
**Wendy Huber-Clouatre**                           Case No. _____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

      Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 1,249.00 |
|     a. Are real estate taxes included?        Yes \_\_\_      No **X** | | | |
|     b. Is property insurance included?         Yes \_\_\_      No **X** | | | |
| 2. Utilities:      a. Electricity and heating fuel | | $ | 300.00 |
|                b. Water and sewer | | $ | 100.00 |
|                c. Telephone | | $ | 150.00 |
|                d. Other | | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 0.00 |
| 4. Food | | $ | 819.00 |
| 5. Clothing | | $ | 200.00 |
| 6. Laundry and dry cleaning | | $ | 65.00 |
| 7. Medical and dental expenses | | $ | 300.00 |
| 8. Transportation (not including car payments) | | $ | 350.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 0.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
|            a. Homeowner's or renter's | | $ | 0.00 |
|            b. Life | | $ | 0.00 |
|            c. Health | | $ | 0.00 |
|            d. Auto | | $ | 125.00 |
|            e. Other | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
|            (Specify) | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
|            a. Auto | | $ | 0.00 |
|            b. Other | | $ | 0.00 |
|            c. Other | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other   **Misc.** | | $ | 200.00 |
|      Other | | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | 3,858.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
     **-NONE-**

20. STATEMENT OF MONTHLY NET INCOME

| | | | |
|---|---|---|---|
| a.    Average monthly income from Line 15 of Schedule I | | $ | 4,518.54 |
| b.    Average monthly expenses from Line 18 above | | $ | 3,858.00 |
| c.    Monthly net income (a. minus b.) | | $ | 660.54 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of Louisiana

In re    **Christopher L. Clouatre**
      **Wendy Huber-Clouatre**             Case No.

                                       Debtor(s)        Chapter    **13**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
____ **61** ____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **November 18, 2009**            Signature    **/s/ Christopher L. Clouatre**

                                                 **Christopher L. Clouatre**
                                                 Debtor

Date   **November 18, 2009**            Signature    **/s/ Wendy Huber-Clouatre**

                                                 **Wendy Huber-Clouatre**
                                                 Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
### Eastern District of Louisiana

In re   **Christopher L. Clouatre**
        **Wendy Huber-Clouatre**
_____
                               Debtor(s)

Case No. _____

Chapter    **13** _____

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$62,582.40** | **2009 YTD Income** |
| **$53,575.00** | **2008 Income (his)** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

3

### 5.  Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6.  Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7.  Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8.  Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Kirkpatrick and Associates, LLC**<br>**3501 N. Causeway Blvd., Ste# 300**<br>**Metairie, LA 70002** | | **$126.00** |

4

**10.  Other transfers**

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11.  Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

5

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

6

**18 . Nature, location and name of business**

None ■    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None ■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

7

**20. Inventories**

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|                    |                      | DOLLAR AMOUNT OF INVENTORY |
|--------------------|----------------------|----------------------------|
| DATE OF INVENTORY  | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

|                    |                      |
|--------------------|----------------------|
|                    | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
| DATE OF INVENTORY  | RECORDS              |

**21 . Current Partners, Officers, Directors and Shareholders**

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|                  |       | NATURE AND PERCENTAGE |
|------------------|-------|------------------------|
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|---------------------|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|----------------------|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|-----------------------------------------------------|--------------------------------|------------------------------------------------------|

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------------|---------------------------------------|

**25. Pension Funds.**

None ■   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------|---------------------------------------|

8

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **November 18, 2009**           Signature   **/s/ Christopher L. Clouatre**

                                                   **Christopher L. Clouatre**
                                                   Debtor

Date   **November 18, 2009**           Signature   **/s/ Wendy Huber-Clouatre**

                                                   **Wendy Huber-Clouatre**
                                                   Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

## United States Bankruptcy Court
### Eastern District of Louisiana

In re    **Christopher L. Clouatre**
        **Wendy Huber-Clouatre**

                     Debtor(s)

Case No. _____

Chapter    **13**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.     Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | **2,520.00** |
| Prior to the filing of this statement I have received | $ | **126.00** |
| Balance Due | $ | **2,394.00** |

2.     $ __**274.00**__ of the filing fee has been paid.

3.     The source of the compensation paid to me was:

        ■ Debtor      ☐ Other (specify):

4.     The source of compensation to be paid to me is:

        ■ Debtor      ☐ Other (specify):

5.     ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

        ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.     In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

        a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
        b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
        c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
        d.  [Other provisions as needed]

7.     By agreement with the debtor(s), the above-disclosed fee does not include the following service:

        **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    __**November 18, 2009**__

        **/s/ Timothy P. Kirkpatrick**
        **Timothy P. Kirkpatrick 20251**
        **Kirkpatrick and Associates, LLC**
        **3501 N. Causeway Blvd., Ste# 300**
        **Metairie, LA 70002**
        **504-828-3311 Fax: 504-828-3314**
        **kirkpatrick@kirkpatrick-law.com**

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

In re:
**Christopher L. Clouatre**                                          Bankruptcy Case No.
**Wendy Huber-Clouatre**
Debtor

Bankruptcy Rule 2016(b) Disclosure
of Fixed Fee Agreement

      **Timothy P. Kirkpatrick** files this Bankruptcy Rule 2016(b) Disclosure and Application for Approval of Fixed Fee Agreement.

      1. I have agreed to provide the following services to the Debtor(s) on a fixed fee basis:

      A. Counsel with the Debtor(s) on an as needed basis;

      B. Prepare and file a proposed Chapter 13 plan and any required amendments to the plan;

      C. Prepare and file the required schedules, statement of financial affairs, and any other required documents with the Court, Chapter 13 Trustee, or United States Trustee's office;

      D. Prepare and file miscellaneous motions required to protect the Debtor(s)' interests in the case;

      E. Prepare and file responses to motions filed against Debtor(s)-even if the response is a statement that the Debtor(s) have no opposition to the relief requested - (Section A only);

      F. Attend the §341(a) meeting of creditors;

      G. Prepare and file objections to claims necessary to confirm, implement or enforce the terms of a plan which could have been brought within 120 days of confirmation.

      H. Attend the confirmation hearing, if required under the circumstances, including but not limited to if Objection is filed; and

      I. Advise the Debtor(s) concerning their obligations and duties pursuant to the Bankruptcy Code, Bankruptcy Rules, applicable court orders and the provisions of their chapter 13 plan.

      J. Prepare and file the necessary pleadings to obtain the entry of a discharge, if appropriate.

      2. The fixed fee agreement does not include the following services:

      A. Representation of the Debtor(s) in an adversary proceeding, either as a plaintiff or a defendant;

      B. Representation of the Debtor(s) in a contested matter, the subject of which is extraordinary in the context of chapter 13 cases in the United States Bankruptcy Court for the Eastern District of Louisiana;

      C. Representation of the Debtor(s) in any matter in which the Court orders fee shifting pursuant to which fees are to be paid by a person other than the Debtor(s); and

      D. Representation on matters for which the first hearing is set more than 120 days following confirmation.

      3. I have not shared or agreed to share any of the compensation paid or to be paid. The following sets forth all compensation that is being paid by any person or entity other than the Debtor(s).

      4. As of the filing of this petition, I have received $___126.00___ in compensation and $___2,394.00___ will be paid under the chapter 13 plan.

Dated   **November 18, 2009**                       **/s/ Timothy P. Kirkpatrick**
                                                            **Timothy P. Kirkpatrick 20251**
                                                            Counsel to Debtor(s)

B 201 (12/08)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

B 201 (12/08)                                                                                                              Page 2

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.   Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.   After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| Timothy P. Kirkpatrick 20251 | X /s/ Timothy P. Kirkpatrick | November 18, 2009 |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**3501 N. Causeway Blvd., Ste# 300**
**Metairie, LA 70002**
**504-828-3311**
**kirkpatrick@kirkpatrick-law.com**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| Christopher L. Clouatre | | |
|---|---|---|
| Wendy Huber-Clouatre | X /s/ Christopher L. Clouatre | November 18, 2009 |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) | X /s/ Wendy Huber-Clouatre | November 18, 2009 |
| | Signature of Joint Debtor (if any) | Date |

## United States Bankruptcy Court
### Eastern District of Louisiana

In re    **Christopher L. Clouatre**
     **Wendy Huber-Clouatre**

Debtor(s)

Case No. _____

Chapter   **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   **November 18, 2009**

**/s/ Christopher L. Clouatre**
**Christopher L. Clouatre**
Signature of Debtor

Date:   **November 18, 2009**

**/s/ Wendy Huber-Clouatre**
**Wendy Huber-Clouatre**
Signature of Debtor

Christopher L. Clouatre
5928 Louis I Avenue
Marrero, LA 70072


Wendy Huber-Clouatre
5928 Louis I Avenue
Marrero, LA 70072


Alltel
3900 Causeway Boulevard
Metairie, LA 70002


Chase Auto Finance
201 North Walnut Street De1-10
Wilmington, DE 19801


CMRE Financial Svc.
3075 East Imperial Highway
Brea, CA 92821


Cox Commun.
2121 Airline Highway
New Orleans, LA 70117


Cox Commun.
2121 Airline Hwy
New Orleans, LA 70117


Credit Control
11821 Rock Landing
Newport News, VA 23606


Credit Protection Assoc.
13355 Noel Road, #2100
Dallas, TX 75240


Credit Protection Assoc.
13355 NOel Road, # 2100
Dallas, TX 75240


Debt Recovery Solutions
900 Merchant Concourse
Westbury, NY 11590

Exclusive Fitness
1901 Manhattan, Suite 100
Harvey, LA 70058


Fingerhut
C/O RJM Acquisitions
P.O. Box 18013
Hauppauge, NY 11788-8813


First Premier Bank
3820 North Louise Avenue
Sioux Falls, SD 57104


GC Services
6330 Gulfton
Houston, TX 77081


Gretna ER Group
200 Corporate Boulevard, # 201
Lafayette, LA 70508


Home Eq Servicing
P.O. Box 79230
City Of Industry, CA 91716-9230


Home Finance
2600 Barataria Boulevard, Suite B
Marrero, LA 70072


Home Finance
2600 Barataria Boulevard
Marrero, LA 70072


HomEQ
P.O. Box 13716
Sacramento, CA 95853-3716


Independent Credit
5100 Westbank Expressway
Marrero, LA 70072


Internal Revenue Service
P O Box 21126
Philadelphia, PA 19114

Jefferson Orthopedic
1111 Medical Center, N-804
Marrero, LA 70072


Law Office of M.N. Kay
7 Penn Plaza
New York, NY 10001


Louisiana Department of Revenue
P.O. Box 3440
Baton Rouge, LA 70823-3440


Ochsner Medical
1514 Jefferson highway
New Orleans, LA 70121


Palisad Collection
210 Sylvan Avenue
Englewood Cliffs, NJ 07632


Parish Anes Westbank
P.O. Box 62600
New Orleans, LA 70162-2600


Premium Asset Recovery
350 Jim Moran Blvd
Suite 2
Deerfield Beach, FL 33442


Progressive Loans
2209 Lapalco Boulevard, Suite 11
Harvey, LA 70058


Sallie Mae
11100 USA Parkway
Fishers, IN 46038


Snap Fitness
3700 Lapalco Boulevard
Harvey, LA 70058


Southern Credit Rec
3228 6th Street
Metairie, LA 70002

Southern Credit Rec
P.O. Box 8710
Metairie, LA 70011-8710


Southern Credit Rec.
3228 6th Street
Metairie, LA 70002


Southern Credit Rev
3228 6th Street
Metairie, LA 70002


Statewide Rec.
P.O. Box 291
Metairie, LA 70004


Synergetic Comm.
5450 N.W. Central
Houston, TX 77092


T Mobile
12920 SE 38th Street
Bellevue, WA 98006


T Mobile Comm.
12920 SE 38th Street
Bellevue, WA 98006


US Dept of Edu.
P.O. Box 5609
Greenville, TX 75403


Verizon Wireless
1 Verizon Pl
Alpharetta, GA 30004


W.J. Emergency
Dept 1482
P.O. Box 2153
Birmingham, AL 35287-1482


West Jeff Hosp
1101 Medical Center Blvd
Marrero, LA 70072

```
West Jeff Hosp Pathology
1101 Medical Center Blvd
Marrero, LA 70072


West Jeff Hosp.
1101 Medical Center
Marrero, LA 70072


West Jeff Hosp.
1101 Medical Center Blvd
Marrero, LA 70072


West Jeff Hospital
1101 Medical Center
Marrero, LA 70072


West Jeff Med Center
1111 Medical Center NIOS
Marrero, LA 70072


West Jefferson Physician Group
1101 Medical Center
Marrero, LA 70072


Windstream
C/O Asset Accept.
P.O. Box 2036
Warren, MI 48090
```

B22C (Official Form 22C) (Chapter 13) (01/08)

| In re | Christopher L. Clouatre<br>Wendy Huber-Clouatre | According to the calculations required by this statement: |
|---|---|---|
| | Debtor(s) | ☐ **The applicable commitment period is 3 years.** |
| Case Number: | | ■ **The applicable commitment period is 5 years.** |
| | (If known) | ■ **Disposable income is determined under § 1325(b)(3).** |
| | | ☐ **Disposable income is not determined under § 1325(b)(3).** |
| | | (Check the boxes as directed in Lines 17 and 23 of this statement.) |

# CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME
# AND CALCULATION OF COMMITMENT PERIOD AND DISPOSABLE INCOME

In addition to Schedules I and J, this statement must be completed by every individual chapter 13 debtor, whether or not filing jointly.  Joint debtors may complete one statement only.

| | **Part I. REPORT OF INCOME** | | | |
|---|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>b. ■ Married. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | | |

| | | | Column A<br>Debtor's<br>Income | Column B<br>Spouse's<br>Income |
|---|---|---|---|---|
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing.  If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | | |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | | $         4,867.21 | $         1,708.45 |

| | **3** Income from the operation of a business, profession, or farm. | | | |
|---|---|---|---|---|

3 | Income from the operation of a business, profession, or farm.  Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero.  **Do not include any part of the business expenses entered on Line b as a deduction in Part IV.**

| | | Debtor | Spouse | |
|---|---|---|---|---|
| a. | Gross receipts | $          0.00 | $ | |
| b. | Ordinary and necessary business expenses | $          0.00 | $          0.00 | |
| c. | Business income | Subtract Line b from Line a | | $          0.00 |  $          0.00 |

4 | Rents and other real property income.  Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4.  Do not enter a number less than zero.  **Do not include any part of the operating expenses entered on Line b as a deduction in Part IV.**

| | | Debtor | Spouse | |
|---|---|---|---|---|
| a. | Gross receipts | $          0.00 | $          0.00 | |
| b. | Ordinary and necessary operating expenses | $          0.00 | $          0.00 | |
| c. | Rent and other real property income | Subtract Line b from Line a | | $          0.00 |  $          0.00 |

| 5 | **Interest, dividends, and royalties.** | | | $          0.00 | $          0.00 |
|---|---|---|---|---|---|
| 6 | **Pension and retirement income.** | | | $          0.00 | $          0.00 |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.**  Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse. | | | $          0.00 | $          0.00 |
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: | | | | |

| Unemployment compensation claimed to be a benefit under the Social Security Act | Debtor $          0.00 | Spouse $          0.00 | $          0.00 | $          0.00 |
|---|---|---|---|---|

B22C (Official Form 22C) (Chapter 13) (01/08)                                                    2

| | | | | | |
|---|---|---|---|---|---|
| 9 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse, but include all other payments of alimony or separate maintenance. Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | | | |
| | | Debtor | Spouse | | |
| | a. | $ | $ | | |
| | b. | $ | $ | $ 0.00 | $ 0.00 |
| 10 | **Subtotal.** Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B. Enter the total(s). | | | $ 4,867.21 | $ 1,708.45 |
| 11 | **Total.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10, Column A. | | | $ | 6,575.66 |

## Part II. CALCULATION OF § 1325(b)(4) COMMITMENT PERIOD

| | | | |
|---|---|---|---|
| 12 | **Enter the amount from Line 11** | $ | 6,575.66 |
| 13 | **Marital Adjustment.** If you are married, but are not filing jointly with your spouse, AND if you contend that calculation of the commitment period under § 1325(b)(4) does not require inclusion of the income of your spouse, enter on Line 13 the amount of the income listed in Line 10, Column B that was NOT paid on a regular basis for the household expenses of you or your dependents and specify, in the lines below, the basis for excluding this income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If the conditions for entering this adjustment do not apply, enter zero. | | |
| | a. | $ | |
| | b. | $ | |
| | c. | $ | |
| | Total and enter on Line 13 | $ | 0.00 |
| 14 | **Subtract Line 13 from Line 12 and enter the result.** | $ | 6,575.66 |
| 15 | **Annualized current monthly income for § 1325(b)(4).** Multiply the amount from Line 14 by the number 12 and enter the result. | $ | 78,907.92 |
| 16 | **Applicable median family income.** Enter the median family income for applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) <br><br> a. Enter debtor's state of residence:  **LA**   b. Enter debtor's household size:  **5** | $ | 73,156.00 |
| 17 | **Application of § 1325(b)(4).** Check the applicable box and proceed as directed. <br><br> ☐ **The amount on Line 15 is less than the amount on Line 16.** Check the box for "The applicable commitment period is 3 years" at the top of page 1 of this statement and continue with this statement. <br><br> ■ **The amount on Line 15 is not less than the amount on Line 16.** Check the box for "The applicable commitment period is 5 years" at the top of page 1 of this statement and continue with this statement. | | |

## Part III. APPLICATION OF § 1325(b)(3) FOR DETERMINING DISPOSABLE INCOME

| | | | |
|---|---|---|---|
| 18 | **Enter the amount from Line 11.** | $ | 6,575.66 |
| 19 | **Marital Adjustment.** If you are married, but are not filing jointly with your spouse, enter on Line 19 the total of any income listed in Line 10, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income(such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If the conditions for entering this adjustment do not apply, enter zero. | | |
| | a. | $ | |
| | b. | $ | |
| | c. | $ | |
| | Total and enter on Line 19. | $ | 0.00 |
| 20 | **Current monthly income for § 1325(b)(3).** Subtract Line 19 from Line 18 and enter the result. | $ | 6,575.66 |

B22C (Official Form 22C) (Chapter 13) (01/08)                                                                                    3

| 21 | **Annualized current monthly income for § 1325(b)(3).** Multiply the amount from Line 20 by the number 12 and enter the result. | $ | **78,907.92** |
|----|---|---|---|
| 22 | **Applicable median family income.** Enter the amount from Line 16. | $ | **73,156.00** |

| 23 | **Application of § 1325(b)(3).** Check the applicable box and proceed as directed.<br><br>■ **The amount on Line 21 is more than the amount on Line 22.** Check the box for "Disposable income is determined under § 1325(b)(3)" at the top of page 1 of this statement and complete the remaining parts of this statement.<br><br>☐ **The amount on Line 21 is not more than the amount on Line 22.** Check the box for "Disposable income is not determined under § 1325(b)(3)" at the top of page 1 of this statement and complete Part VII of this statement. **Do not complete Parts IV, V, or VI.** |
|----|---|

## Part IV. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 24A | **National Standards: food, apparel and services, housekeeping supplies, personal care, and miscellaneous.** Enter in Line 24A the "Total" amount from IRS National Standards for Allowable Living Expenses for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ | **1,632.00** |
|-----|---|---|---|

| 24B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 16b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 24B. |
|-----|---|

| Household members under 65 years of age | | Household members 65 years of age or older | | |
|---|---|---|---|---|
| a1. | Allowance per member | **60** | a2. | Allowance per member | **144** |
| b1. | Number of members | **5** | b2. | Number of members | **0** |
| c1. | Subtotal | **300.00** | c2. | Subtotal | **0.00** |

(Line 24B: $ **300.00**)

| 25A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ | **518.00** |
|-----|---|---|---|

| 25B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 47; subtract Line b from Line a and enter the result in Line 25B. **Do not enter an amount less than zero.** |
|-----|---|

| a. | IRS Housing and Utilities Standards; mortgage/rent Expense | $ | **948.00** |
|---|---|---|---|
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 47 | $ | **1,249.00** |
| c. | Net mortgage/rental expense | Subtract Line b from Line a. | $ | **0.00** |

| 26 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 25A and 25B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ | **0.00** |
|----|---|---|---|

B22C (Official Form 22C) (Chapter 13) (01/08)                                                                                                    4

| | | | |
|---|---|---|---|
| 27A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 7. ☐ 0   ■ 1   ☐ 2 or more.<br><br>If you checked 0, enter on Line 27A the "Public Transportation" amount from IRS Local Standards: Transportation.  If you checked 1 or 2 or more, enter on Line 27A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ | **201.00** |
| 27B | **Local Standards: transportation; additional public transportation expense.**  If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 27B the "Public Transportation" amount from the IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ | **0.00** |
| 28 | **Local Standards: transportation ownership/lease expense; Vehicle 1.**  Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.) ■ 1   ☐ 2 or more.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 47; subtract Line b from Line a and enter the result in Line 28.  **Do not enter an amount less than zero.** | $ | **489.00** |

| | | | |
|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs | $ | 489.00 |
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 47 | $ | 0.00 |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | |

| | | | |
|---|---|---|---|
| 29 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 28.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 47; subtract Line b from Line a and enter the result in Line 29.  **Do not enter an amount less than zero.** | $ | **0.00** |

| | | | |
|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs | $ | 0.00 |
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 47 | $ | 0.00 |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | |

| | | | |
|---|---|---|---|
| 30 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state, and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ | **1,315.13** |
| 31 | **Other Necessary Expenses: mandatory deductions for employment.**  Enter the total average monthly payroll deductions that are required for your employment, such as mandatory retirement contributions, union dues, and uniform costs.  **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ | **0.00** |
| 32 | **Other Necessary Expenses: life insurance.**  Enter total average monthly premiums that you actually pay for term life insurance for yourself.  **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ | **0.00** |
| 33 | **Other Necessary Expenses: court-ordered payments.**  Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments.  **Do not include payments on past due obligations included in line 49.** | $ | **0.00** |
| 34 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.**  Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ | **0.00** |
| 35 | **Other Necessary Expenses: childcare.**  Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool.  **Do not include other educational payments.** | $ | **0.00** |

B22C (Official Form 22C) (Chapter 13) (01/08)                                                                        5

| 36 | **Other Necessary Expenses: health care.**  Enter the average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 24B.  **Do not include payments for health insurance or health savings accounts listed in Line 39.** | $ | 0.00 |
|----|----|----|----|
| 37 | **Other Necessary Expenses: telecommunication services.**  Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service - such as pagers, call waiting, caller id, special long distance, or internet service-to the extent necessary for your health and welfare or that of your dependents.  **Do not include any amount previously deducted.** | $ | 90.00 |
| 38 | **Total Expenses Allowed under IRS Standards.**  Enter the total of Lines 24 through 37. | $ | 4,545.13 |

<table>
<tr><td colspan="4" align="center"><b>Subpart B: Additional Living Expense Deductions</b><br><b>Note: Do not include any expenses that you have listed in Lines 24-37</b></td></tr>
<tr>
<td rowspan="6">39</td>
<td colspan="3"><b>Health Insurance, Disability Insurance, and Health Savings Account Expenses.</b>  List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents..</td>
</tr>
<tr><td>a.</td><td>Health Insurance</td><td align="right">$    470.34</td></tr>
<tr><td>b.</td><td>Disability Insurance</td><td align="right">$    0.00</td></tr>
<tr><td>c.</td><td>Health Savings Account</td><td align="right">$    0.00</td></tr>
<tr><td colspan="3">Total and enter on Line 39</td><td>$    470.34</td></tr>
<tr><td colspan="3"><b>If you do not actually expend this total amount,</b> state your actual total average monthly expenditures in the space below:<br>$_____</td><td></td></tr>
</table>

| 40 | **Continued contributions to the care of household or family members.**  Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses.  **Do not include payments listed in Line 34.** | $ | 0.00 |
|----|----|----|----|
| 41 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incur to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ | 0.00 |
| 42 | **Home energy costs.**  Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs.  **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ | 0.00 |
| 43 | **Education expenses for dependent children under 18.**  Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ | 0.00 |
| 44 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)  **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ | 0.00 |
| 45 | **Charitable contributions.** Enter the amount reasonably necessary for you to expend each month on charitable contributions in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). **Do not include any amount in excess of 15% of your gross monthly income.** | $ | 0.00 |
| 46 | **Total Additional Expense Deductions under § 707(b).**  Enter the total of Lines 39 through 45. | $ | 470.34 |

B22C (Official Form 22C) (Chapter 13) (01/08)                                                                                        6

| | Subpart C: Deductions for Debt Payment | | | | |
|---|---|---|---|---|---|

| 47 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 47. | | | | $ | **1,249.00** |

| | | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance | |
|---|---|---|---|---|---|---|
| | a. | **Home Eq Servicing** | **5928 Louis I Avenue, Marrero, LA 70072** | $  1,249.00 | ■yes ☐no | |
| | | | | Total: Add Lines | | |

| 48 | **Other payments on secured claims.** If any of debts listed in Line 47 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 47, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | $ | **0.00** |
|---|---|---|---|

| | | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount | |
|---|---|---|---|---|---|
| | a. | **-NONE-** | | $ | |
| | | | | Total: Add Lines | |

| 49 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 33.** | $ | **408.33** |
|---|---|---|---|

| 50 | **Chapter 13 administrative expenses.** Multiply the amount in Line a by the amount in Line b, and enter the resulting administrative expense. | | |
|---|---|---|---|

| | a. | Projected average monthly Chapter 13 plan payment. | $   0.00 | | |
|---|---|---|---|---|---|
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x      7.40 | | |
| | c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | $ | **0.00** |

| 51 | **Total Deductions for Debt Payment.** Enter the total of Lines 47 through 50. | $ | **1,657.33** |
|---|---|---|---|

| | Subpart D: Total Deductions from Income | | |
|---|---|---|---|

| 52 | **Total of all deductions from income.** Enter the total of Lines 38, 46, and 51. | $ | **6,672.80** |
|---|---|---|---|

| | Part V. DETERMINATION OF DISPOSABLE INCOME UNDER § 1325(b)(2) | | |
|---|---|---|---|

| 53 | **Total current monthly income.** Enter the amount from Line 20. | $ | **6,575.66** |
|---|---|---|---|

| 54 | **Support income.** Enter the monthly average of any child support payments, foster care payments, or disability payments for a dependent child, reported in Part I, that you received in accordance with applicable nonbankruptcy law, to the extent reasonably necessary to be expended for such child. | $ | **0.00** |
|---|---|---|---|

| 55 | **Qualified retirement deductions.** Enter the monthly total of (a) all amounts withheld by your employer from wages as contributions for qualified retirement plans, as specified in § 541(b)(7) and (b) all required repayments of loans from retirement plans, as specified in § 362(b)(19). | $ | **0.00** |
|---|---|---|---|

| 56 | **Total of all deductions allowed under § 707(b)(2).** Enter the amount from Line 52. | $ | **6,672.80** |
|---|---|---|---|

B22C (Official Form 22C) (Chapter 13) (01/08)                                                                    7

| | | |
|---|---|---|
| 57 | **Deduction for special circumstances.** If there are special circumstances that justify additional expenses for which there is no reasonable alternative, describe the special circumstances and the resulting expenses in lines a-c below. If necessary, list additional entries on a separate page. Total the expenses and enter the total in Line 57. **You must provide your case trustee with documentation of these expenses and you must provide a detailed explanation of the special circumstances that make such expense necessary and reasonable.** | |

| | Nature of special circumstances | Amount of Expense |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| | Total: Add Lines | $ 0.00 |

| | | |
|---|---|---|
| 58 | **Total adjustments to determine disposable income.** Add the amounts on Lines 54, 55, 56, and 57 and enter the result. | $ 6,672.80 |
| 59 | **Monthly Disposable Income Under § 1325(b)(2).** Subtract Line 58 from Line 53 and enter the result. | $ -97.14 |

## Part VI. ADDITIONAL EXPENSE CLAIMS

| | | |
|---|---|---|
| 60 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. | |

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| d. | | $ |
| | Total: Add Lines a, b, c and d | $ |

## Part VII. VERIFICATION

| | |
|---|---|
| 61 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)* |

Date: **November 18, 2009**          Signature: **/s/ Christopher L. Clouatre**

                                                        **Christopher L. Clouatre**
                                                        (Debtor)

Date: **November 18, 2009**          Signature **/s/ Wendy Huber-Clouatre**

                                                        **Wendy Huber-Clouatre**
                                                        (Joint Debtor, if any)